UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

AEROTECH MIAMI INC. d/b/a iAero Tech,
et al.,[1]

             Debtors.

_____/

SCOTT N. BROWN as Chapter 7 Trustee of
Aerotech Miami Inc. d/b/a iAero Tech, *et al.*,

             Plaintiff,

v.

CLASSIC AIR CHARTER INC.,
a Delaware corporation

             Defendant.

_____/

Chapter 7 Cases (Converted)

Case No. 23-17503-RAM
(Substantively Consolidated)

Adv. Pro. No. _____

---

[1] The address of the Debtors is c/o Scott N. Brown, Chapter 7 trustee, 1 S.E. 3rd Avenue #2410, Miami, FL 33131. The last four digits of the Debtors' federal tax identification numbers are: (i) AeroTech Miami Inc. d/b/a iAero Tech (2242; Case No. 23-17503); (ii) AeroThrust Delta PBH, LLC (6675; Case No. 23-17504); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC (4451; Case No. 23-17505); (iv) AeroThrust Holdings Leasing, LLC (0152; Case No. 23-17506); (v) iAero 11 Investments LLC (9894; Case No. 23-17507); (vi) iAero 11B Investments LLC (6126; Case No. 23-17508); (vii) iAero Group Bidco Inc. (3777; Case No. 23-17509); (viii) iAero Group Holdco 6 LLC (6980; Case No. 23 17510);(ix) iAero Group Intermediate Inc. (4712; Case No. 23-17512); (x) iAero Group Parent LLC (0962; Case No. 2317513); (xi) iAero Thrust Engine Test Center, LLC (3908; Case No. 23-17514); (xii) iAero Thrust LLC (8261; Case No. 23-17515); (xiii) JAM Aerospace Parts, LLC (2331; Case No. 23-17516); (xiv) New Swift Air Holdings, L.L.C. (7373; Case No. 23-17517); (xv) Swift Air, L.L.C. d/b/a iAero Airways (2506; Case No. 23-17518); and (xvi) Swift Air Travel, LLC (3558; Case No. 23-17519).

Case No. 23-17503-RAM<br>
Adv. Pro. No. _____

## COMPLAINT

Scott N. Brown, solely in his capacity as Chapter 7 Trustee (the "Plaintiff" or the "Trustee") of the substantively consolidated bankruptcy estates of (i) Aerotech Miami Inc. d/b/a iAero Tech ("AeroTech"); (ii) AeroThrust Delta PBH, LLC ("Delta PBH"); (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC ("AeroThrust Leasing"); (iv) AeroThrust Holdings Leasing, LLC ("AeroThrust Holdings"); (v) iAero 11 Investments LLC ("Investment 11"); (vi) iAero 11B Investments LLC ("Investment 11B"); (vii) iAero Group Bidco Inc. ("Bidco"); (viii) iAero Group Holdco 6 LLC ("Holdco 6"); (ix) iAero Group Intermediate Inc. ("Intermediate"); (x) iAero Group Parent LLC ("Parent"); (xi) iAero Thrust Engine Test Center, LLC ("Engine Test Center"); (xii) iAero Thrust LLC ("Thrust"); (xiii) JAM Aerospace Parts, LLC ("JAM"); (xiv) New Swift Air Holdings, L.L.C. ("New Swift"); (xv) Swift Air, L.L.C. d/b/a iAero Airways ("Swift Air"); and (xvi) Swift Air Travel, LLC ("Travel," and together with AeroTech, Delta PBH, AeroThrust Leasing, AeroThrust Holdings, Investment 11, Investment 11B, Bidco, Holdco 6, Intermediate, Parent, Engine Test Center, Thrust, JAM, New Swift, and Airways, the "Debtors"), hereby sues CLASSIC AIR CHARTER INC. (the "Defendant" or "CAC" or "Classic Air"), and alleges as follows:

## PRELIMINARY STATEMENT

1.      By this Complaint, the Trustee seeks judgment against the Defendant for failure to pay the Debtor Swift Air, L.L.C., the sum of $18,145,182.13 for services rendered by Swift Air to the Defendant prior to the Petition Date.

## JURISDICTION AND VENUE

2.      This is an adversary proceeding under Fed. R. Bankr. P. 7001, *et seq.* brought by the Trustee for breach of a promissory note and other related relief.

2

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and Administrative Order 2012-25 of the United States District Court, Southern District of Florida.

4.      This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (O), and the Trustee consents to the entry of final orders and judgment by the Bankruptcy Court.

5.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## PARTIES

6.      The Plaintiff is the duly-appointed Chapter 7 trustee of the Debtors' bankruptcy estate (the "Estate" or the "Bankruptcy Estate") and brings this action solely in his capacity as trustee.

7.      Defendant, Classic Air Charter Inc. is a foreign (Delaware) corporation organized and existing under the laws of the State of Delaware, whose principal place of business is located at 512 S. River Oaks Drive, Indialantic, Florida 32903.

## BACKGROUND

### Relevant Procedural Background

8.      On September 19, 2023 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, which commenced the Debtors' bankruptcy cases.

9.      On September 20, 2023, the Debtors filed their *Ex Parte Motion for Joint Administration* [Dkt. No. 5],[2] and shortly thereafter, this Court entered its *Order Granting Debtors' Ex Parte Motion for Joint Administration* [Dkt. No. 14] (the "Joint Administration Order").

---

[2] Unless otherwise stated, all Dkt. Nos. relate to the docket entries in the Lead Case, *In re Aerotech Miami Inc. d/b/a iAero Tech*, Case No. 23-17503-RAM.

10.     From the Petition Date through May 1, 2024 (the "Conversion Date"), the Debtors operated as debtors-in-possession.

11.     On April 12, 2024, the Debtors filed their *Agreed Motion of the Debtors and Committee for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Dkt. No. 601] (the "Conversion Motion").

12.     On April 14, 2024, this Court entered its *Order (I) Approving Stalking Horse APA and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens Except For Permitted Liens and Assumed Liabilities, and (III) Granting Related Relief* [Dkt. No. 602] (the "Sale Order"), and on April 18, 2024, the Debtors filed their *Notice of Closing Date and Request to Enter Conversion Order on April 30, 2024* [Dkt. No. 603].

13.     On May 1, 2024, the Court entered its *Agreed Order Granting Agreed Motion of the Debtors and Committee for the Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Dkt. No. 625], and subsequently the Plaintiff was appointed as Chapter 7 trustee of the Debtors' Bankruptcy Estates. [Dkt. No. 626].

**The Outstanding Indebtedness**

14.     On or about May 1, 2018, Swift Air entered into that certain Aircraft ACMI Charter Agreement with Defendant (the "Contract"), a true and correct copy of which is attached hereto as **Exhibit "A"** and incorporated herein by reference.[3]

15.     For several years, Defendant and Swift Air conducted business pursuant to the Contract.

---

[3] The copy attached hereto is redacted to comply with the confidentiality provision set forth in paragraph 14 of the Contract. An unredacted copy of Exhibit "A" will be served on Defendant together with this Complaint.

16.     Per the terms of the Contract, Swift Air provided services to Defendant and payments were made to Swift Air in Florida.

17.     Debtor Swift Air's books and records reflect that, as of the Petition Date, Defendant owed Swift Air $18,145,182.13 for, among other things, services provided by Swift Air to Defendant pursuant to the Contract.

**The Demand Letter**

18.     By letter dated October 17, 2024, Plaintiff made demand upon Defendant for the immediate payment of $18,145,182.13 (the "Demand Letter").   A true and correct copy of the Demand Letter is attached hereto as **Exhibit "B"** and incorporated by reference.

19.     As of the date of the filing of this Complaint, the Defendant has failed to pay the outstanding balance due to the Plaintiff.

20.     Subject to Bankruptcy Court approval, the Debtors' Estates are obligated to pay Bast Amron LLP all reasonable and necessary fees and costs incurred investigating, commencing, and prosecuting this litigation.

21.     All conditions precedent to the filing of this lawsuit have been performed, have occurred or have been waived.

## COUNT I
## BREACH OF CONTRACT

22.     Plaintiff incorporates by reference and realleges paragraphs 1 through 21 of this Complaint as if fully set forth herein.

23.     Defendant agreed to the terms and conditions of the Contract.

24.     Section 3 of the Contract contains the obligations of Defendant under the Contract, including Defendant's payment obligations.

25.     By failing to pay all amounts owned when due under the terms of the Contract, Defendant is in material default of numerous provisions of the Contract.

26.     As a direct and proximate result of Defendant's breach of the Contract, Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff, Scott N. Brown, solely in his capacity as of the substantively consolidated bankruptcy estates of (i) Aerotech Miami Inc. d/b/a iAero Tech, (ii) AeroThrust Delta PBH, LLC, (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC, (iv) AeroThrust Holdings Leasing, LLC; (v) iAero 11 Investments LLC, (vi) iAero 11B Investments LLC, (vii) iAero Group Bidco Inc., (viii) iAero Group Holdco 6 LLC, (ix) iAero Group Intermediate Inc., (x) iAero Group Parent LLC, (xi) iAero Thrust Engine Test Center, LLC, (xii) iAero Thrust LLC, (xiii) JAM Aerospace Parts, LLC, (xiv) New Swift Air Holdings, L.L.C., (xv) Swift Air, L.L.C. d/b/a iAero Airways, and (xvi) Swift Air Travel, LLC, respectfully requests that this Honorable Court enter judgment against Defendant, CLASSIC AIR CHARTER INC.: (i) awarding damages in the sum of $18,145,182.13 plus court costs; and (ii) granting such other and further relief as the Court deems just and proper.

## COUNT II
## ACCOUNT STATED

27.     Plaintiff incorporates by reference and realleges paragraphs 1 through 21 of this Complaint as if fully set forth herein.

28.     This claim is pleaded in the alternative to the relief sought in Counts I, III, and IV in the event that the Contract is unenforceable.

29.     Before the institution of this action, Debtor Swift Air, and Defendant had business transactions between them which led to the unpaid resulting balance of $18,145,182.13 due from the Defendant to Swift Air.

4932-2163-7481, v. 1

30.     Upon information and belief, Defendant agreed to the resulting balance of $18,145,182.13 due from the Defendant to Swift Air.

31.     Plaintiff made demand for immediate payment of the outstanding balance by virtue of the Demand Letter.

32.     Defendant failed to pay the remaining outstanding balance and failed to object to Plaintiff's demands within a reasonable amount of time.

33.     Defendant owes Plaintiff the sum of $18,145,182.13.

**WHEREFORE**, Plaintiff, Scott N. Brown, solely in his capacity as of the substantively consolidated bankruptcy estates of (i) Aerotech Miami Inc. d/b/a iAero Tech, (ii) AeroThrust Delta PBH, LLC, (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC, (iv) AeroThrust Holdings Leasing, LLC; (v) iAero 11 Investments LLC, (vi) iAero 11B Investments LLC, (vii) iAero Group Bidco Inc., (viii) iAero Group Holdco 6 LLC, (ix) iAero Group Intermediate Inc., (x) iAero Group Parent LLC, (xi) iAero Thrust Engine Test Center, LLC, (xii) iAero Thrust LLC, (xiii) JAM Aerospace Parts, LLC, (xiv) New Swift Air Holdings, L.L.C., (xv) Swift Air, L.L.C. d/b/a iAero Airways, and (xvi) Swift Air Travel, LLC, respectfully requests that this Honorable Court enter judgment against Defendant, CLASSIC AIR CHARTER INC.: (i) awarding damages in the sum of $18,145,182.13 plus court costs; and (ii) granting such other and further relief as the Court deems just and proper.

### COUNT III
### OPEN ACCOUNT

34.     Plaintiff incorporates by reference and realleges paragraphs 1 through 21 of this Complaint as if fully set forth herein.

35.     This claim is pleaded in the alternative to the relief sought in Counts I, II, and IV in the event that the Contract is unenforceable.

36.     Defendant owes Plaintiff the sum of $18,145,182.13 according to the account attached hereto as **Exhibit "C."**

37.     Defendant has failed to pay the outstanding balance to the Plaintiff.

**WHEREFORE**, Plaintiff, Scott N. Brown, solely in his capacity as of the substantively consolidated bankruptcy estates of (i) Aerotech Miami Inc. d/b/a iAero Tech, (ii) AeroThrust Delta PBH, LLC, (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC, (iv) AeroThrust Holdings Leasing, LLC; (v) iAero 11 Investments LLC, (vi) iAero 11B Investments LLC, (vii) iAero Group Bidco Inc., (viii) iAero Group Holdco 6 LLC, (ix) iAero Group Intermediate Inc., (x) iAero Group Parent LLC, (xi) iAero Thrust Engine Test Center, LLC, (xii) iAero Thrust LLC, (xiii) JAM Aerospace Parts, LLC, (xiv) New Swift Air Holdings, L.L.C., (xv) Swift Air, L.L.C. d/b/a iAero Airways, and (xvi) Swift Air Travel, LLC, respectfully requests that this Honorable Court enter judgment against Defendant, CLASSIC AIR CHARTER INC.: (i) awarding damages in the sum of $18,145,182.13 plus court costs; and (ii) granting such other and further relief as the Court deems just and proper.

**COUNT IV**
**UNJUST ENRICHMENT**

38.     Plaintiff incorporates by reference and realleges paragraphs 1 through 21 of this Complaint as if fully set forth herein.

39.     This claim is pleaded in the alternative to the relief sought in Counts I through III in the event that the Contract is unenforceable.

40.     Defendant knowingly and voluntarily requested and received services and goods from Debtor Swift Air of at least $18,145,182.13.

41.     Defendant has had use and benefit of the services and goods it received from Debtor Swift Air, but has not paid the Plaintiff for said services and goods in the amount of $18,145,182.13.

42.     Debtor Swift Air conferred a benefit on Defendant, and a clear benefit has flowed to Defendant.

43.     Defendant accepted and has retained the benefits conferred by Debtor Swift Air.

44.     Under the circumstances, it would be inequitable for Defendant to retain such benefit without paying the value thereof.

45.     Defendant has been unjustly enriched by obtaining at least $18,145,182.13 in services and goods from Debtor Swift Air and failing to pay for same.

46.     As a result of the unjust enrichment of Defendant, Plaintiff has been damaged in the amount of at least $18,145,182.13.

47.     The cause of action alleged in Count IV is property of the Estate pursuant to 11 U.S.C § 541 and properly brought by the Trustee in his capacity as Chapter 7 trustee of the Estate

**WHEREFORE**, Plaintiff, Scott N. Brown, solely in his capacity as of the substantively consolidated bankruptcy estates of (i) Aerotech Miami Inc. d/b/a iAero Tech, (ii) AeroThrust Delta PBH, LLC, (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC, (iv) AeroThrust Holdings Leasing, LLC; (v) iAero 11 Investments LLC, (vi) iAero 11B Investments LLC, (vii) iAero Group Bidco Inc., (viii) iAero Group Holdco 6 LLC, (ix) iAero Group Intermediate Inc., (x) iAero Group Parent LLC, (xi) iAero Thrust Engine Test Center, LLC, (xii) iAero Thrust LLC, (xiii) JAM Aerospace Parts, LLC, (xiv) New Swift Air Holdings, L.L.C., (xv) Swift Air, L.L.C. d/b/a iAero Airways, and (xvi) Swift Air Travel, LLC, respectfully requests that this Honorable Court enter judgment against Defendant, CLASSIC AIR CHARTER INC.: (i) awarding damages

Case No. 23-17503-RAM
Adv. Pro. No. _____

in the sum of $18,145,182.13 plus court costs; and (ii) granting such other and further relief as the

Court deems just and proper.

Dated: September 16, 2025

**BAST AMRON LLP**
*Special Litigation Counsel to Scott N. Brown,*
*Chapter 7 Trustee*
One S.E. Third Avenue, Suite 2410
Miami, Florida 33131
Telephone: 305.379.7904
Email: pklock@bastamron.com
Email: ktonkinson@bastamron.com

By: */s/ Peter J. Klock, II*
        Peter J. Klock, II, Esq. (FBN 103915)
        Katerina Tonkinson, Esq. (FBN 1059586)

10

# Exhibit A

AIRCRAFT ACMI CHARTER AGREEMENT







3

















# Exhibit B



BASTAMRON
ATTORNEYS

One Southeast Third Avenue, Suite 2410 | Miami, Florida 33131
www.bastamron.com | 305.379.7904

SCOTT BROWN, ESQ.
EMAIL: sbrown@bastamron.com

October 17, 2024

Classic Air Charter, Inc.
c/o James O. "Joby" Birr, III
Jimerson Burr
Wells Fargo Center
One Independent Drive – Suite #1400
Jacksonville, FL 32202
Via E-Mail: jbirr@jimmersonfirm.com

Re:     *In re Aerotech Miami Inc. d/b/a iAero Tech, et. al.*
        **Case No. 23-17503-BKC-RAM**

Dear Joby:

As you know, on September 19, 2023 (i) Aerotech Miami Inc. d/b/a iAero Tech, (ii) AeroThrust Delta PBH, LLC, (iii) AeroThrust Holdings Aircraft and Engine Leasing, LLC, (iv) AeroThrust Holdings Leasing, LLC; (v) iAero 11 Investments LLC, (vi) iAero 11B Investments LLC, (vii) iAero Group Bidco Inc., (viii) iAero Group Holdco 6 LLC, (ix) iAero Group Intermediate Inc., (x) iAero Group Parent LLC, (xi) iAero Thrust Engine Test Center, LLC, (xii) iAero Thrust LLC, (xiii) JAM Aerospace Parts, LLC, (xiv) New Swift Air Holdings, L.L.C., (xv) Swift Air, L.L.C. d/b/a iAero Airways, and (xvi) Swift Air Travel, LLC (collectively, the "Debtors"), filed voluntary Chapter 11 bankruptcy petitions in the United States Bankruptcy Court for the Southern District of Florida, Miami Division (the "Bankruptcy Court"), and are being jointly administered under Case No. 23-17503-BKC-RAM (the "Lead Case").

As you are also aware, from the Petition Date through May 1, 2024, the Debtors operated as debtors-in-possession. On May 1, 2024, the bankruptcy cases were all converted to Chapter 7, and I was appointed as Chapter 7 trustee of the Debtors' jointly administered bankruptcy estates. This firm represents me in that capacity.

I am directing this letter to you pursuant to your request made during our phone call in June 2024 wherein you advised me that you represent both Classic Air Charter, Inc. ("Classic") and Seven Seas Aero, LLC ("Seven Seas"), and that all correspondence to either entity, or their principal, Dr. Dan Carson, be directed to you.

A review of, among other things (i) the Debtors' books and records, and (ii) information and documentation provided by the Debtors, reflects that Classic Air Charter, Inc. ("Classic") owes the Debtor the total sum of $18,145,182.13 which, despite repeated demands, remains unpaid. Attached hereto is (i) a summary prepared by the Bankruptcy Estates' accountant's detailing the outstanding invoices, and (ii) copies of the subject invoices reprinted from the Debtor's accounting system.

00842038 DOCX

Classic Air Charters
c/o James O. "Joby" Birr, III
October 17, 2024
Page 2

**Accordingly, demand is hereby made for the immediate payment of $18,145,182.13.**
Payment must be received within fifteen (15) days from the date of this letter and should be made payable to "Scott N. Brown, Trustee," c/o Bast Amron LLP, 1 S.E. Third Avenue, Suite #2410, Miami, Florida 33131, Attn: Scott N. Brown, Esquire.

If payment is not received within fifteen (15) days of the date of this letter, the Trustee will take all actions necessary to protect the Bankruptcy Estate's interests, including, but not limited to, the commencement of legal proceedings against Classic for the collection of the outstanding receivable in the Bankruptcy Court.

Of course, if you believe that the above-referenced amount is incorrect or if you believe that Classic has any defenses to the foregoing, please provide a detailed written explanation and all supporting documentation and relevant analysis within fifteen (15) days.

Nothing in this letter shall be deemed a waiver of any type by the Trustee to pursue any and all rights and remedies available to the Estate, including, but not limited to, the right to commence or continue litigation, whether related to the instant demand or any other claims and causes of action that the Estate may possess against Classic, and all such rights and remedies are expressly preserved.

**PLEASE GOVERN YOURSELF ACCORDINGLY.**

Very truly yours,

Scott N. Brown

Enclosures (as stated and FDCPA Notice)

cc:     Frank Diaz-Drago, KapilaMukamal, LLP



**AEROTECH MIAMI INC.**
**CASE NO. 23-17503-BKC-RAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

## Accounts Receivable Balance: Classic Air Charter

| Customer Code | Customer | Invoice Date | Invoice Number | Invoice Due Date | Balance |
|---|---|---|---|---|---|
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100560-IN | 12/17/21 | $ 806,388.45 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100561-IN | 12/17/21 | 262,221.94 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100563-IN | 12/17/21 | 51,211.95 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100567-IN | 12/17/21 | 110,435.12 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100569-IN | 12/17/21 | 114,602.69 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100571-IN | 12/17/21 | 55,452.62 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100572-IN | 12/17/21 | 117,088.60 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100573-IN | 12/17/21 | 300,753.56 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100574-IN | 12/17/21 | 345,280.62 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100575-IN | 12/17/21 | 120,159.42 |
| CLAAI01 | Classic Air Charters | 02/01/22 | 1102594-IN | 02/01/22 | 83,601.90 |
| CLAAI01 | Classic Air Charters | 04/01/22 | 1104253-IN | 04/01/22 | 314,688.34 |
| CLAAI01 | Classic Air Charters | 09/30/22 | 1107777-IN | 09/30/22 | 56,760.00 |
| CLAAI01 | Classic Air Charters | 10/14/22 | 1108002-IN | 10/14/22 | 325,000.00 |
| CLAAI01 | Classic Air Charters | 10/18/22 | 1108014-IN | 10/18/22 | 60,200.00 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108214-IN | 10/31/22 | 86,716.61 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108215-IN | 10/31/22 | 4,242.85 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108216-IN | 10/31/22 | 160,505.79 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108245-IN | 10/31/22 | 484,592.06 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108247-IN | 10/31/22 | 33,418.20 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108249-IN | 10/31/22 | 203,143.47 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108252-IN | 10/31/22 | 77,565.47 |
| CLAAI01 | Classic Air Charters | 11/14/22 | 1108457-IN | 11/14/22 | 450,978.80 |
| CLAAI01 | Classic Air Charters | 11/30/22 | 1108923-IN | 11/30/22 | 21,957.54 |
| CLAAI01 | Classic Air Charters | 12/19/22 | 1109291-IN | 12/19/22 | 814,585.79 |
| CLAAI01 | Classic Air Charters | 12/31/22 | 1109647-IN | 12/31/22 | 94,740.58 |
| CLAAI01 | Classic Air Charters | 12/31/22 | 1109670-IN | 12/31/22 | 281,536.25 |
| CLAAI01 | Classic Air Charters | 12/31/22 | 1109671-IN | 12/31/22 | 187,702.37 |
| CLAAI01 | Classic Air Charters | 01/09/23 | 1109678-IN | 01/09/23 | 509,947.40 |
| CLAAI01 | Classic Air Charters | 01/10/23 | 1109806-IN | 01/10/23 | 388,202.71 |
| CLAAI01 | Classic Air Charters | 01/23/23 | 1109998-IN | 01/23/23 | 9,472.76 |
| CLAAI01 | Classic Air Charters | 01/23/23 | 1110040-IN | 01/23/23 | 58,358.57 |
| CLAAI01 | Classic Air Charters | 01/23/23 | 1110042-IN | 01/23/23 | 104,191.22 |
| CLAAI01 | Classic Air Charters | 02/06/23 | 1110350-IN | 02/06/23 | 33,750.01 |
| CLAAI01 | Classic Air Charters | 02/13/23 | 1110450-IN | 02/13/23 | 701,569.97 |
| CLAAI01 | Classic Air Charters | 02/20/23 | 1110846-IN | 02/20/23 | 142,288.12 |
| CLAAI01 | Classic Air Charters | 03/06/23 | 1111125-IN | 03/06/23 | 697,065.58 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111287-IN | 03/16/23 | 336,429.32 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111288-IN | 03/16/23 | 18,431.84 |

**AEROTECH MIAMI INC.**
**CASE NO. 23-17503-BKC-RAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

## Accounts Receivable Balance: Classic Air Charter

| Customer Code | Customer | Invoice Date | Invoice Number | Invoice Due Date | Balance |
|---|---|---|---|---|---|
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111289-IN | 03/16/23 | 18,533.60 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111290-IN | 03/16/23 | 18,635.95 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111291-IN | 03/16/23 | 18,738.86 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111292-IN | 03/16/23 | 18,842.37 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111293-IN | 03/16/23 | 587,288.29 |
| CLAAI01 | Classic Air Charters | 03/21/23 | 1111449-IN | 03/21/23 | 70,721.34 |
| CLAAI01 | Classic Air Charters | 03/27/23 | 1111564-IN | 03/27/23 | 1,073,098.90 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111641-IN | 03/28/23 | 2,170.18 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111642-IN | 03/28/23 | 3,751.09 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111643-IN | 03/28/23 | 7,177.76 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111644-IN | 03/28/23 | 12,376.38 |
| CLAAI01 | Classic Air Charters | 04/03/23 | 1111686-IN | 04/03/23 | 484,581.50 |
| CLAAI01 | Classic Air Charters | 04/10/23 | 1111849-IN | 04/10/23 | 763,271.57 |
| CLAAI01 | Classic Air Charters | 04/10/23 | 1111852-IN | 04/10/23 | 36,454.13 |
| CLAAI01 | Classic Air Charters | 04/14/23 | 0041423-PP | 04/14/23 | (500,000.00) |
| CLAAI01 | Classic Air Charters | 04/17/23 | 1111999-IN | 04/17/23 | 607,000.00 |
| CLAAI01 | Classic Air Charters | 04/18/23 | 1112034-IN | 04/18/23 | 959,252.00 |
| CLAAI01 | Classic Air Charters | 04/21/23 | 0042123-PP | 04/21/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112084-IN | 04/24/23 | 397,565.01 |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112085-IN | 04/24/23 | 865,792.76 |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112096-IN | 04/24/23 | 18,946.44 |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112097-IN | 04/24/23 | 12,481.70 |
| CLAAI01 | Classic Air Charters | 04/25/23 | 1112105-IN | 04/25/23 | 186,927.57 |
| CLAAI01 | Classic Air Charters | 04/28/23 | 0042823-PP | 04/28/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 04/30/23 | 1112171-IN | 04/30/23 | 947,022.25 |
| CLAAI01 | Classic Air Charters | 04/30/23 | 1112195-IN | 04/30/23 | 19,051.11 |
| CLAAI01 | Classic Air Charters | 04/30/23 | 1112196-IN | 04/30/23 | 12,587.91 |
| CLAAI01 | Classic Air Charters | 05/08/23 | 1112243-IN | 05/08/23 | 821,885.88 |
| CLAAI01 | Classic Air Charters | 05/09/23 | 0050923-PP | 05/09/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/12/23 | 0051223-PP | 05/12/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/15/23 | 1112315-IN | 05/15/23 | 846,858.88 |
| CLAAI01 | Classic Air Charters | 05/19/23 | 1112353-IN | 05/19/23 | 123,196.29 |
| CLAAI01 | Classic Air Charters | 05/22/23 | 0052223-PP | 05/22/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/22/23 | 1112357-IN | 05/22/23 | 635,053.00 |
| CLAAI01 | Classic Air Charters | 05/22/23 | 1112358-IN | 05/22/23 | 734,053.00 |
| CLAAI01 | Classic Air Charters | 05/26/23 | 0052623-PP | 05/26/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/30/23 | 1112401-IN | 05/30/23 | 890,352.76 |
| CLAAI01 | Classic Air Charters | 06/01/23 | 1112517-IN | 06/01/23 | 19,156.36 |
| CLAAI01 | Classic Air Charters | 06/01/23 | 1112518-IN | 06/01/23 | 12,695.04 |

**AEROTECH MIAMI INC.**
**CASE NO. 23-17503-BKC-RAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

## Accounts Receivable Balance: Classic Air Charter

| Customer Code | Customer | Invoice Date | Invoice Number | Invoice Due Date | Balance |
|---|---|---|---|---|---|
| CLAAI01 | Classic Air Charters | 06/05/23 | 0060523-PP | 06/05/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 06/05/23 | 1112563-IN | 06/05/23 | 779,078.88 |
| CLAAI01 | Classic Air Charters | 06/09/23 | 0060923-PP | 06/09/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 06/09/23 | 1112606-CM | | (550.00) |
| CLAAI01 | Classic Air Charters | 06/09/23 | 1112607-CM | | (4,047.40) |
| CLAAI01 | Classic Air Charters | 06/12/23 | 1112648-IN | 06/12/23 | 768,466.63 |
| CLAAI01 | Classic Air Charters | 06/19/23 | 1112705-IN | 06/19/23 | 779,307.76 |
| CLAAI01 | Classic Air Charters | 06/19/23 | 1112708-IN | 06/19/23 | 41,921.23 |
| CLAAI01 | Classic Air Charters | 06/21/23 | 1112721-CM | | (57.76) |
| CLAAI01 | Classic Air Charters | 06/21/23 | 1112722-CM | | (26.86) |
| CLAAI01 | Classic Air Charters | 06/22/23 | 0062223-PP | 06/22/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 06/22/23 | 1112731-IN | 06/22/23 | 191,990.64 |
| CLAAI01 | Classic Air Charters | 06/26/23 | 1112753-IN | 06/26/23 | 1,457,124.28 |
| CLAAI01 | Classic Air Charters | 06/26/23 | 1112754-IN | 06/26/23 | 832,656.00 |
| CLAAI01 | Classic Air Charters | 06/26/23 | 1112755-IN | 06/26/23 | 334,883.72 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112766-CM | | 334,883.72 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112767-IN | 06/28/23 | 2,058,139.52 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112776-DM | 06/28/23 | 334,883.72 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112777-CM | | (334,883.72) |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112779-CM | | (334,883.72) |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112780-CM | | (334,883.72) |
| CLAAI01 | Classic Air Charters | 06/30/23 | 1112833-CM | | (2,058,139.52) |
| CLAAI01 | Classic Air Charters | 07/03/23 | 1112808-IN | 07/03/23 | 1,445,162.29 |
| CLAAI01 | Classic Air Charters | 07/03/23 | 1112809-IN | 07/03/23 | 839,654.01 |
| CLAAI01 | Classic Air Charters | 07/31/23 | 1113057-IN | 07/31/23 | 99,524.96 |
| CLAAI01 | Classic Air Charters | 08/28/23 | 1113248-IN | 08/28/23 | 18,185.91 |
| CLAAI01 | Classic Air Charters | 09/19/23 | 1113379-IN | 09/19/23 | 8,400.42 |
| CLAAI01 | Classic Air Charters | 09/26/23 | 1113434-IN | 09/26/23 | 128,481.07 |
| CLAAI01 | Classic Air Charters | 10/19/23 | 1113659-IN | 10/19/23 | 9,151.70 |

**$18,145,182.13**



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:     1100560-IN
Invoice Date:     12/17/2021

Activity Period:
4/1/2020
4/30/2020

Customer:     Classic Air
Reference:     Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

Terms:     ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | | Total |
|------|---------------|------------------------|-------------|------------|---------------------|---------------|---|-------|
| AEX | 2 | 200 | 140.9 | -59.1 | -59.1 | $ | 4,300.00 | $ 254,130.00 |
| AZA | 3 | 300 | 111.9 | -188.1 | -188.1 | $ | 4,300.00 | $ 808,830.00 |
| BRO / HRL | 2 | 200 | 166.9 | -33.1 | -33.1 | $ | 4,300.00 | $ 142,330.00 |
| MIA | 1 | 100 | 73.7 | -26.3 | -26.3 | $ | 4,300.00 | $ 113,090.00 |
| SAT | 2 | 200 | 129.0 | -71.0 | -71.0 | $ | 4,300.00 | $ 305,300.00 |
| | | | | | | | | |
| SHRC AZA | | | 50.8 | | | | | |
| SHRC AEX | | | 0 | | | | | |

Invoice Amount     $     1,623,680.00

Contact Info:
ARInvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing # ████ 0606 (Wire & ACH)
Account # ████ 0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:      1100561-IN
Invoice Date:              12/17/2021

Activity Period:
5/1/2020
5/31/2020

Customer:       Classic Air
Reference:      Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

Terms:              ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | | Total | |
|------|---------------|------------------------|-------------|------------|---------------------|---------------|---|-------|---|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| AZA | 3 | 300 | 186.4 | -113.6 | -113.6 | $ | 4,300.00 | $ | 488,480.00 |
| BRO / HRL | 2 | 200 | 167.6 | -32.4 | -32.4 | $ | 4,300.00 | $ | 139,320.00 |
| MIA | 1 | 100 | 85.6 | -14.4 | -14.4 | $ | 4,300.00 | $ | 61,920.00 |
| SAT | 2 | 200 | 141.8 | -58.2 | -58.2 | $ | 4,300.00 | $ | 250,260.00 |
| | | | | | | | | | |
| SHRC AZA | | | 50.8 | | | | | | |
| SHRC AEX | | | 0 | | | | | | |

Invoice Amount    $      939,980.00

Contact Info:
ARInvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing ██████ 0606 (Wire & ACH)
Account # ██████ 0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:    1100563-IN
Invoice Date:                12/17/2021

Activity Period:
                                              7/1/2020
                                              7/31/2020

Customer:    Classic Air
Reference:    Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

Terms:                ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | Total |
|------|----------------|------------------------|-------------|------------|---------------------|---------------|-------|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ 4,300.00 | $ - |
| AZA | 3 | 300 | 251.9 | -48.1 | -48.1 | $ 4,300.00 | $ 206,830.00 |
| BRO / HRL | 2 | 200 | 185.4 | -14.6 | -14.6 | $ 4,300.00 | $ 62,780.00 |
| MIA | 1 | 100 | 75.0 | -25.0 | -25.0 | $ 4,300.00 | $ 107,500.00 |
| SAT | 2 | 200 | 162.3 | -37.7 | -37.7 | $ 4,300.00 | $ 162,110.00 |
| SHRC AZA | | | 50.8 | | | | |
| SHRC AEX | | | 0 | | | | |

Invoice Amount    $    539,220.00

Contact Info:
ARInvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #         606 (Wire & ACH)
Account #         0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:     1100567-IN
Invoice Date:              12/17/2021

Activity Period:
                                 11/1/2020
                                 11/30/2020

Customer:     Classic Air
Reference:     Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG          Terms:          ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | | Total | |
|------|----------------|------------------------|-------------|------------|---------------------|---------------|---|-------|---|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| AZA | 3 | 300 | 268.9 | -31.1 | -31.1 | $ | 4,300.00 | $ | 133,730.00 |
| BRO / HRL | 2 | 200 | 197.1 | -2.9 | -2.9 | $ | 4,300.00 | $ | 12,470.00 |
| MIA | 1 | 100 | 50.7 | -49.3 | -49.3 | $ | 4,300.00 | $ | 211,990.00 |
| SAT | 2 | 200 | 41.6 | -158.4 | -158.4 | $ | 4,300.00 | $ | 681,120.00 |
| SHRC AZA | | | 50.8 | | | | | | |
| SHRC AEX | | | 0 | | | | | | |

Invoice Amount     $     1,039,310.00

Contact Info:
ARInvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #██████606 (Wire & ACH)
Account #██████0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:    1100569-IN
Invoice Date:    12/17/2021

Activity Period:
1/1/2021
1/31/2021

Customer:    Classic Air
Reference:    Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

Terms:    ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | | Total |
|------|----------------|------------------------|-------------|------------|---------------------|---------------|---|-------|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ - |
| AZA | 3 | 300 | 267.9 | -32.1 | -32.1 | $ | 4,300.00 | $ 138,030.00 |
| BRO / HRL | 2 | 200 | 184.2 | -15.8 | -15.8 | $ | 4,300.00 | $ 67,940.00 |
| MIA | 1 | 100 | 65.1 | -34.9 | -34.9 | $ | 4,300.00 | $ 150,070.00 |
| SAT | 2 | 200 | 91.3 | -108.7 | -108.7 | $ | 4,300.00 | $ 467,410.00 |
| SHRC AZA | | | 50.8 | | | | | |
| SHRC AEX | | | 0 | | | | | |

Invoice Amount    $    823,450.00

Contact Info:
ARInvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #0███ 0606 (Wire & ACH)
Account #███ 0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:  1100571-IN
Invoice Date:  12/17/2021

Activity Period:
3/1/2021
3/31/2021

Customer:  Classic Air
Reference:  Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

Terms:  ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | | Total | |
|------|---------------|------------------------|-------------|------------|---------------------|---------------|---|-------|---|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| AZA | 3 | 300 | 281.4 | -18.6 | -18.6 | $ | 4,300.00 | $ | 79,980.00 |
| BRO / HRL | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| MIA | 1 | 100 | 61.8 | -38.2 | -38.2 | $ | 4,300.00 | $ | 164,260.00 |
| SAT | 2 | 200 | 115.9 | -84.1 | -84.1 | $ | 4,300.00 | $ | 361,630.00 |
| | | | | | | | | | |
| SHRC AZA | | | 50.8 | | | | | | |
| SHRC AEX | | | 0 | | | | | | |

Invoice Amount  $  605,870.00

Contact Info:
ARinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing ████ 0606 (Wire & ACH)
Account # ████ 0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:     1100572-IN
Invoice Date:       12/17/2021

Activity Period:
                    4/1/2021
                    4/30/2021

Customer:    Classic Air
Reference:   Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG          Terms:     ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | Total |
|------|----------------|------------------------|-------------|------------|---------------------|---------------|-------|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ 4,300.00 | $ - |
| AZA | 3 | 300 | 267.4 | -32.6 | -32.6 | $ 4,300.00 | $ 140,180.00 |
| BRO / HRL | 2 | 200 | 200.0 | 0.0 | 0.0 | $ 4,300.00 | $ - |
| MIA | 1 | 100 | 69.7 | -30.3 | -30.3 | $ 4,300.00 | $ 130,290.00 |
| SAT | 2 | 200 | 200.0 | 0.0 | 0.0 | $ 4,300.00 | $ - |
| SHRC AZA | | | 50.8 | | | | |
| SHRC AEX | | | 0 | | | | |

Invoice Amount     $     270,470.00

Contact Info:
ARInvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #_____606 (Wire & ACH)
Account #_____0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

**Invoice Number:** 1100573-IN
**Invoice Date:** 12/17/2021

**Activity Period:**
5/1/2021
5/31/2021

**Customer:** Classic Air
**Reference:** Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

**Terms:** ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| AZA | 3 | 300 | 196.1 | -103.9 | -103.9 | $ | 4,300.00 | $ | 446,770.00 |
| BRO / HRL | 2 | 200 | 175.2 | -24.8 | -24.8 | $ | 4,300.00 | $ | 106,640.00 |
| MIA | 1 | 100 | 84.2 | -15.8 | -15.8 | $ | 4,300.00 | $ | 67,940.00 |
| SAT | 2 | 200 | 147.2 | -52.8 | -52.8 | $ | 4,300.00 | $ | 227,040.00 |
| | | | | | | | | | |
| SHRC AZA | | | 50.8 | | | | | | |
| SHRC AEX | | | 0 | | | | | | |

**Invoice Amount** $ 848,390.00

Contact Info:
ARInvoices@flyiaero.com

**Wire Instructions**
Synovus Bank
ABA Routing ███████606 (Wire & ACH)
Account #██████0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1100574-IN |
| Invoice Date: | 12/17/2021 |
| | |
| Activity Period: | |
| | 6/1/2021 |
| | 6/3/2021 |

Customer:    Classic Air
Reference:   Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

Terms:    ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | Total |
|---|---|---|---|---|---|---|---|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $  4,300.00 | $  - |
| AZA | 3 | 300 | 162.0 | -138 | -138.0 | $  4,300.00 | $  593,400.00 |
| BRO / HRL | 2 | 200 | 146.2 | -53.8 | -53.8 | $  4,300.00 | $  231,340.00 |
| MIA | 1 | 100 | 55.4 | -44.6 | -44.6 | $  4,300.00 | $  191,780.00 |
| SAT | 2 | 200 | 190.9 | -9.1 | -9.1 | $  4,300.00 | $  39,130.00 |
| | | | | | | | |
| SHRC AZA | | | 50.8 | | | | |
| SHRC AEX | | | 0 | | | | |

Invoice Amount    $    1,055,650.00

Contact Info:
ARinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing # ▇▇▇ 0606 (Wire & ACH)
Account # ▇▇▇ 0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:    1100575-IN
Invoice Date:    12/17/2021

Activity Period:
7/1/2021
7/31/2021

Customer:    Classic Air
Reference:    Monthly Minimums Guarantee - Invoice for shortfall of hours to meet MMG

Terms:    ROI 10 days

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | | Total | |
|------|----------------|------------------------|-------------|------------|---------------------|---------------|---|-------|---|
| AEX | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| AZA | 3 | 300 | 238.5 | -61.5 | -61.5 | $ | 4,300.00 | $ | 264,450.00 |
| BRO / HRL | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| MIA | 1 | 100 | 85.2 | -14.8 | -14.8 | $ | 4,300.00 | $ | 63,640.00 |
| SAT | 2 | 200 | 200.0 | 0.0 | 0.0 | $ | 4,300.00 | $ | - |
| | | | | | | | | | |
| SHRC AZA | | | 50.8 | | | | | | |
| SHRC AEX | | | 0 | | | | | | |

Invoice Amount    $    328,090.00

Contact Info:
ARinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing ██████ 0606 (Wire & ACH)
Account # ██████ 0529
Beneficiary: Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| Invoice Number: | 1102594-IN |
|---|---|
| Invoice Date: | 2/1/2022 |

| Activity Period: | | |
|---|---|---|
| | 1/1/2022 - | 1/31/2022 |

Customer:  Classic Air Charter ICE
Address:   1811 Riverview Drive
           Melbourne, FL 32901
Reference: Classic Minimums January 2022

Terms:    Net 30

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour | Total |
|---|---|---|---|---|---|---|---|
| SAT | 2 | 200 | 197 | -3 | 3 | $4,300.00 | $12,900.00 |
| AEX | 2 | 200 | 307.5 | 107.5 | 0 | $4,300.00 | $0.00 |
| AZA | 3 | 300 | 232.4 | -67.6 | 67.6 | $4,300.00 | $290,680.00 |
| HRL | 2 | 200 | 224.2 | 24.2 | 0 | $4,300.00 | $0.00 |
| MIA | 1 | 100 | 113.1 | 13.1 | 0 | $4,300.00 | $0.00 |
| SHRC | | | | 152.5 | | | |

| Invoice Amount | $ | 303,580.00 |
|---|---|---|

Contact Info:
Steve Kasteler
SKasteler@FlyiAero.com
cc: arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing ███████606 (Wire & ACH)
Accounting #██████0529
Beneficiary:        Swift Air, LLC

1

Swift Air, L.L.C.
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1104253-IN

4/1/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
February Minimums

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD<br>Classic Air-ICE<br>SAT 23.5 Hours | EACH | 23.500 | 4,300.000 | 101,050.00 |
| 839REVHD<br>Classic Air-ICE<br>AZA 136.9 Hours | EACH | 136.900 | 4,300.000 | 588,670.00 |
| 839REVHD<br>Classic Air-ICE<br>MIA 27.2 Hours | EACH | 27.200 | 4,300.000 | 116,960.00 |

| | |
|---|---|
| Net Invoice: | 806,680.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **806,680.00** |



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Classic Minimums

| Base | Planes at Base | Minimum Hours Per Base | BH Per Base | Difference | Billable Difference | Cost per Hour |
|------|----------------|------------------------|-------------|------------|---------------------|---------------|
| SAT | 3 | 320 | 263.1 | -56.9 | 56.9 | $4,937.50 |
| AEX | 2 | 200 | 219.9 | 19.9 | 0 | $4,300.00 |
| AZA | 3 | 300 | 357.8 | 57.8 | 0 | $4,300.00 |
| HRL | 3 | 320 | 295.9 | -24.1 | 24.1 | $4,937.50 |
| MIA | 1 | 100 | 49.8 | -50.2 | 50.2 | $4,300.00 |

Invoice A

Contact Info:
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ▮▮▮060
Account # ▮▮▮4340
Beneficiary Swift Air, LLC



| Invoice Number: | 1107777-IN |
|---|---|
| Invoice Date: | 10/4/2022 |

| Activity Period: | |
|---|---|
| 8/1/2022 – | 8/31/2022 |

| Terms: | Due Upon Receipt |
|---|---|



| Total |
|---|
| $280,943.75 |
| $0.00 |
| $0.00 |
| $118,993.75 |
| $215,860.00 |

| mount | $ | 615,797.50 |
|---|---|---|

15



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:   1108002-IN
Invoice Date:   10/17/2022

Customer:  Classic Air Charter ICE
Address:   1811 Riverview Drive
   Melbourne, FL 32901
Reference:  For flights during WE 10.16.22

Activity Period:
10/10/2022 -  10/16/2022

Terms:   Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|------|----------------|-------------|---------------|---|-------|
| SAT | 3 | 64.43 | $4,937.50 | * | $318,123.13 |
| SAT Prepay | 1 | | | Received 10/17/22 Thank you! | ($167,441.86) |
| AEX | 2 | 61.51 | $4,300.00 | | $264,493.00 |
| MIA | 1 | 27.98 | $4,300.00 | | $120,314.00 |
| AZA | 3 | 80.73 | $4,300.00 | | $347,139.00 |
| HRL | 3 | 96.25 | $4,937.50 | * | $475,234.38 |
| HRL Prepay | 1 | | | Received 10/17/22 Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,190,419.78 |
|----------------|---------------|

Contact Info:
Steve Kasteler
SKasteler@FlyiAero.com
cc: arinvoices@flyiaero.com

**Wire Instructions**
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #████6015
Account ████ 4340
Beneficiary Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108014-IN

10/18/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
June 2022 Minimums

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 29.300 | 4,300.000 | 125,990.00 |
| Classic Air-ICE | | | | |
| AZA | | | | |

| | |
|---|---|
| Net Invoice: | 125,990.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **125,990.00** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108214-IN

10/31/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Sept 2018 MMG

No Terms

| 839REVHD | EACH | 0.000 | 0.000 | 120,483.91 |
| Classic Air-ICE | | | | |
| Sept 2018 MMG | | | | |

| | | |
|---|---|---|
| Net Invoice: | | 120,483.91 |
| Freight: | | 0.00 |
| Sales Tax: | | 0.00 |
| | | **120,483.91** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108215-IN

10/31/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
November 2019 MMG

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 0.000 | 0.000 | 5,280.98 |
| Classic Air-ICE | | | | | |
| November 2019 MMG | | | | | |

| | |
|---|---|
| Net Invoice: | 5,280.98 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **5,280.98** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108216-IN

10/31/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
September 2022 MMG

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 0.000 | 0.000 | 160,505.79 |
| Classic Air-ICE | | | | | |
| September 2022 MMG | | | | | |

| | |
|---|---|
| Net Invoice: | 160,505.79 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **160,505.79** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108245-IN

10/31/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Airline Economics

No Terms

| | | | | |
|---|---|---|---|---|
| MISC<br>Miscellaneous<br>Landing | EACH | 1.000 | 100,157.670 | 100,157.67 |
| MISC<br>Miscellaneous<br>Ground | EACH | 1.000 | 33,967.540 | 33,967.54 |
| MISC<br>Miscellaneous<br>International Expense | EACH | 1.000 | 362,959.740 | 362,959.74 |
| MISC<br>Miscellaneous<br>Parking | EACH | 1.000 | 4,578.260 | 4,578.26 |

| | |
|---|---|
| Net Invoice: | 501,663.21 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **501,663.21** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108247-IN

10/31/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
International Exp OFNAC

No Terms

| | | | | | |
|---|---|---|---|---|---|
| MISC | | EACH | 1.000 | 33,693.660 | 33,693.66 |
| Miscellaneous | | | | | |
| International Exp OFNAC | | | | | |

| | |
|---|---|
| Net Invoice: | 33,693.66 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **33,693.66** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108249-IN

10/31/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
International Exp Other

No Terms

| | | | | | |
|---|---|---|---|---|---|
| MISC | | EACH | 1.000 | 52,465.740 | 52,465.74 |
| Miscellaneous | | | | | |
| International Exp Other | | | | | |

|  |  |
|---|---|
| Net Invoice: | 52,465.74 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **52,465.74** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1108252-IN

10/31/2022

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Landing Other

No Terms

| | | | | | |
|---|---|---|---|---|---|
| MISC<br>Miscellaneous<br>Landing | EACH | 1.000 | 78,836.780 | | 78,836.78 |
| MISC<br>Miscellaneous<br>Ground | EACH | 1.000 | 1,716.880 | | 1,716.88 |

| | |
|---|---|
| Net Invoice: | 80,553.66 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **80,553.66** |



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:    1108457-IN
Invoice Date:    11/14/2022

Customer:  Classic Air Charter ICE
Address:    1811 Riverview Drive
    Melbourne, FL 32901
Reference:  For flights during WE 11.13.22

Activity Period:
11/7/2022  -  11/13/2022

Terms:    Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|------|----------------|-------------|---------------|---|-------|
| SAT | 3 | 47.96 | $4,937.50 | * | $236,802.50 |
| SAT Prepay | 1 | | Received 11/04/22 Thank you! | | ($167,441.86) |
| AEX | 2 | 59.05 | $4,300.00 | | $253,915.00 |
| MIA | 1 | 24.58 | $4,300.00 | | $105,694.00 |
| AZA | 3 | 85.96 | $4,300.00 | | $369,628.00 |
| HRL | 3 | 83.87 | $4,937.50 | * | $414,108.13 |
| HRL Prepay | 1 | | Received 11/04/22 Thank you! | | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,045,263.91 |
|----------------|---------------|

Contact Info:

cc: arinvoices@flyiaero.com
cc: arinvoices@flyiaero.com

**Wire Instructions**
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ████ 6015
Account # ████ 4340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1108923-IN |
| Invoice Date: | 11/30/2022 |

Activity Period:
10/1/2022
10/31/2022

| | | |
|---|---|---|
| Customer: | Classic Air Charter ICE | |
| Address: | 1811 Riverview Drive | |
| | Melbourne, FL 32901 | Terms: |  Due Upon Receipt |
| Reference: | OCT 2022 MISC Recon | |

| Item Code | Amount |
|---|---|
| Landing | $ 3,034.98 |
| Ground | $ 2,762.09 |
| Int'l Expense | $ 16,000.42 |
| Deicing | $ - |
| Screening | $ - |
| Catering | $ - |
| Parking | $ - |
| **Invoice Amount** | **$ 21,797.49** |

Contact Info:
Steve Kasteler
skasteler@flyiaero.com
(336) 355-6220
(801) 243-6278

Wire Instructions
Synovus Bank
ABA Routing ████ 0606 (Wire & ACH)
Accounting █████ 0529
Beneficiary:      Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | | |
|---|---|---|
| Invoice Number: | 1109291-IN |
| Invoice Date: | 12/19/2022 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 12.18.22

Activity Period:
12/12/2022  -  12/18/2022

Terms:    Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 51.80 | $4,937.50 | * | | $255,762.50 |
| SAT Prepay | 1 | | | Received 12/01/22 | Thank you! | ($167,441.86) |
| AEX | 2 | 54.68 | $4,300.00 | | | $235,124.00 |
| MIA | 1 | 26.24 | $4,300.00 | | | $112,832.00 |
| AZA | 3 | 82.49 | $4,300.00 | | | $354,707.00 |
| HRL | 3 | 122.56 | $4,937.50 | * | | $605,140.00 |
| HRL Prepay | 1 | | | Received 12/01/22 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,228,681.78 |
|---|---|

Contact Info:

cc: arinvoices@flyiaero.com
cc: arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing       6015
Account #        4340
Beneficiary Swift Air, LLC



## Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1109647-IN |
| Invoice Date: | 12/31/2022 |

Activity Period:
10/1/2022
10/31/2022

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | Oct 2022 MISC Recon Airline Economics |

Terms:        Due Upon Receipt

| Item Code | | Amount |
|---|---|---|
| Landing | $ | 237.02 |
| Ground | $ | - |
| Int'l Expense | $ | 94,503.56 |
| Deicing | $ | - |
| Screening | $ | - |
| Catering | $ | - |
| Parking | $ | - |

Invoice Amount    $    94,740.58

Contact Info:
Steve Kasteler
skasteler@flyiaero.com
(336) 355-6220
(801) 243-6278

Wire Instructions
Synovus Bank
ABA Routing #  ████ 0606 (Wire & ACH)
Accounting #  ████ 0529
Beneficiary:      Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

**Invoice Number:**     1109670-IN
**Invoice Date:**        12/31/2022

Customer:  Classic Air Charter ICE
Address:   1811 Riverview Drive
           Melbourne, FL 32901
Reference: October 2022 Monthly Minimums

**Activity Period:**
10/1/2022   -   10/31/2022

**Terms:**          Due Upon Receipt

| Base | Minimum Hours | Cx Adj | Flown Actuals | Amt Under MMG | Rate Charged | Total MMG Rev |
|------|--------------|--------|--------------|--------------|-------------|--------------|
| SAT | 320.00 | (19.25) | 243.73 | 57.02 | $4,937.50 * | $281,536.25 |
| AEX | 200.00 | (17.25) | 223.75 | - | $4,300.00 | $0.00 |
| MIA | 100.00 | (7.80) | 112.41 | - | $4,300.00 | $0.00 |
| AZA | 300.00 | (36.50) | 313.00 | - | $4,300.00 | $0.00 |
| HRL | 320.00 | - | 415.81 | - | $4,937.50 * | $0.00 |

*Blended rate per Addendum-1D*

**Invoice Amount**     $281,536.25

Contact Info:
ABInvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #     6015
Account #     4340
Beneficiary Swift Air, LLC

AlixPartners Public



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1109671-IN |
| Invoice Date: | 12/31/2022 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: November 2022 Monthly Minimums

Activity Period:
11/1/2022  -  11/30/2022

Terms:    Due Upon Receipt

| Base | Minimum Hours | Cx Adj | Flown Actuals | Amt Under MMG | Rate Charged | | Total MMG Rev |
|------|---------------|--------|---------------|---------------|--------------|---|---------------|
| SAT | 320.00 | (6.75) | 276.68 | 36.57 | $4,937.50 | * | $180,564.37 |
| AEX | 200.00 | - | 258.04 | - | $4,300.00 | | $0.00 |
| MIA | 100.00 | - | 98.34 | 1.66 | $4,300.00 | | $7,138.00 |
| AZA | 300.00 | (10.17) | 358.36 | - | $4,300.00 | | $0.00 |
| HRL | 320.00 | - | 398.95 | - | $4,937.50 | * | $0.00 |

*Blended rate per Addendum-1D*

| Invoice Amount | $187,702.37 |
|---|---|

Contact Info:
Steve Kasteler
SKasteler@FlyiAero.com
cc: airinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #■■■6015
Account #■■■4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:    1109678-IN
Invoice Date:    1/9/2023

Customer:    Classic Air Charter ICE
Address:    1811 Riverview Drive
    Melbourne, FL 32901
Reference:    For flights during WE 01.08.2023

Activity Period:
    1/2/2023  -    1/9/2023

Terms:    Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|------|---------------|-------------|---------------|--|-------|
| SAT | 3 | 54.00 | $4,937.50 | * | $266,625.00 |
| SAT Prepay | 1 | | | Received 12/22/22 Thank you! | ($167,441.86) |
| AEX | 2 | 51.29 | $4,300.00 | | $220,547.00 |
| MIA | 1 | 17.68 | $4,300.00 | | $76,024.00 |
| AZA | 3 | 33.43 | $4,300.00 | | $143,749.00 |
| HRL | 3 | 88.54 | $4,937.50 | * | $437,166.25 |
| HRL Prepay | 1 | | | Received 12/22/22 Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $809,227.53 |
|----------------|-------------|

Contact Info:
Steve Kasteler
SKasteler@FlyiAero.com
cc: arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #     6015
Account #     340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

**Invoice Number:** 1109806-IN
**Invoice Date:** 1/10/2023

**Customer:** Classic Air Charter ICE
**Address:** 1811 Riverview Drive
Melbourne, FL 32901
**Reference:** December 2022 Monthly Minimums

**Activity Period:**
12/1/2022  -  12/31/2022

**Terms:** Due Upon Receipt

| Base | Minimum Hours | Cx Adj | Flown Actuals | Amt Under MMG | Rate Charged | Total MMG Rev |
|------|---------------|--------|---------------|---------------|--------------|---------------|
| SAT | 320.00 | (26.17) | 215.21 | 78.62 | $4,937.50 * | $388,202.71 |
| AEX | 200.00 | (13.50) | 214.36 | - | $4,300.00 | $0.00 |
| MIA | 100.00 | - | 118.97 | - | $4,300.00 | $0.00 |
| AZA | 300.00 | (28.42) | 279.94 | - | $4,300.00 | $0.00 |
| HRL | 320.00 | (6.00) | 409.27 | - | $4,937.50 * | $0.00 |

*Blended rate per Addendum-1D*

**Invoice Amount** $388,202.71

Contact Info:

arinvoices@flyiaero.com

**Wire Instructions**
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ▮▮▮▮015
Account # ▮▮▮▮4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:     1109998-IN
Invoice Date:        1/23/2023

Customer:   Classic Air Charter ICE
Address:    1811 Riverview Drive
            Melbourne, FL 32901
Reference:  For flights during WE 01.22.2023

Activity Period:
1/16/2023    -     1/22/2023

Terms:        Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | | Total |
|------|----------------|-------------|---------------|---|---|-------|
| SAT | 3 | 59.82 | $4,937.50 | * | | $295,361.25 |
| SAT Prepay | 1 | | | Received 01/12/23 | Thank you! | ($167,441.86) |
| AEX | 2 | 77.37 | $4,300.00 | | | $332,691.00 |
| MIA | 1 | 33.72 | $4,300.00 | | | $144,996.00 |
| AZA | 3 | 46.28 | $4,300.00 | | | $199,004.00 |
| HRL | 3 | 74.58 | $4,937.50 | * | | $368,238.75 |
| HRL Prepay | 1 | | | Received 01/12/23 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D

| Invoice Amount | $1,005,407.28 |
|----------------|---------------|

Contact Info:
Steve Kasteler
SKasteler@FlyiAero.com
cc: arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #    6015
Account    340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1110040-IN |
| Invoice Date: | 1/23/2023 |

Activity Period:
11/1/2022
11/30/2022

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: November 2022 MISC Recon

Terms: Due Upon Receipt

| Item Code | | Amount |
|---|---|---|
| Landing | $ | 4,157.00 |
| Ground | $ | - |
| Int'l Expense | $ | 117,024.75 |
| Deicing | $ | - |
| Screening | $ | - |
| Catering | $ | - |
| Parking | $ | - |

| | | |
|---|---|---|
| Invoice Amount | $ | 121,181.75 |

Contact Info:
Steve Kasteler
skasteler@flyiaero.com
(336) 355-6220
(801) 243-6278

Wire Instructions
Synovus Bank
ABA Routing #        606 (Wire & ACH)
Accounting #        0529
Beneficiary:        Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | | |
|---|---|---|
| Invoice Number: | | 1110042-IN |
| Invoice Date: | | 1/23/2023 |
| | | |
| Activity Period: | | |
| | | 12/1/2022 |
| | | 12/31/2022 |

Customer:    Classic Air Charter ICE
Address:     1811 Riverview Drive
             Melbourne, FL 32901
Reference:   December 2022 MISC Recon

Terms:                    Due Upon Receipt

| Item Code | Amount |
|---|---|
| Landing | $    5,665.83 |
| Ground | $    7,485.00 |
| Int'l Expense | $    96,143.88 |
| Deicing | $    - |
| Parking | $    309.00 |

| | |
|---|---|
| Invoice Amount | $    109,603.71 |

Contact Info:
Steve Kasteler
skasteler@flyiaero.com
(336) 355-6220
(801) 243-6278

Wire Instructions
Synovus Bank
ABA Routing #      606 (Wire & ACH)
Accounting        529
Beneficiary:      Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1110350-IN |
| Invoice Date: | 2/6/2023 |

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 02.05.23 |

| | | |
|---|---|---|
| Activity Period: | | |
| | 1/30/2023 - | 2/5/2023 |
| Terms: | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour | | | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 48.47 | $4,937.50 | * | | $239,320.63 |
| SAT Prepay | 1 | | | Received l 01.25.23 | Thank you! | ($167,441.86) |
| AEX | 2 | 68.90 | $4,300.00 | | | $296,270.00 |
| MIA | 1 | 30.76 | $4,300.00 | | | $132,268.00 |
| AZA | 3 | 40.52 | $4,300.00 | | | $174,236.00 |
| HRL | 3 | 98.81 | $4,937.50 | * | | $487,874.38 |
| HRL Prepay | 1 | | | Received l 01.25.23 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| | |
|---|---|
| **Invoice Amount** | $995,085.28 |

Contact Info:
cc: airinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ▮ 6015
Account ▮ 4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1110450-IN |
| Invoice Date: | 2/13/2023 |

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 02.12.23 |

Activity Period:
2/6/2023   -   2/12/2023

Terms:          Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 90.39 | $4,937.50 | * | | $446,300.63 |
| SAT Prepay | 1 | | | Received 2/2/23 | Thank you! | ($167,441.86) |
| AEX | 2 | 79.55 | $4,300.00 | | | $342,065.00 |
| MIA | 1 | 15.61 | $4,300.00 | | | $67,123.00 |
| AZA | 3 | 100.26 | $4,300.00 | | | $431,118.00 |
| HRL | 3 | 111.23 | $4,937.50 | * | | $549,198.13 |
| HRL Prepay | 1 | | | Received 2/2/23 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,500,921.03 |
|---|---|

Contact Info:
cc: arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ████5015
Account # █████4340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| Invoice Number: | 1110846-IN |
| Invoice Date: | 2/20/2023 |

Activity Period:
1/1/2023
1/31/2023

Customer: Classic Air Charter ICE
Address:  1811 Riverview Drive
          Melbourne, FL 32901
Reference: January 2023 MISC Recon

Terms:              Due Upon Receipt

| Item Code | | Amount |
|---|---|---|
| Landing | $ | 4,279.88 |
| Ground | $ | 1,700.00 |
| Int'l Expense | $ | 224,271.34 |
| Deicing | $ | - |
| Screening | $ | - |
| Catering | $ | - |
| Parking | $ | - |

| Invoice Amount | $ | 230,251.22 |

Contact Info:
Steve Kasteler
skasteler@flyiaero.com
(336) 355-6220
(801) 243-6278

Wire Instructions
Synovus Bank
ABA Routing ████0606 (Wire & ACH)
Accounting #████0529
Beneficiary:    Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1111125-IN |
| Invoice Date: | 3/6/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 03/05/2023

Activity Period:
2/27/2023  -  3/5/2023

Terms:        Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|---|---|---|---|---|---|
| SAT | 3 | 89.85 | $4,937.50 | * | $443,634.38 |
| SAT Prepay | 1 | | Received 2/23/23 | Thank you! | ($167,441.86) |
| AEX | 2 | 74.33 | $4,300.00 | | $319,619.00 |
| MIA | 1 | 30.56 | $4,300.00 | | $131,408.00 |
| AZA | 3 | 87.11 | $4,300.00 | | $374,573.00 |
| HRL | 3 | 118.78 | $4,937.50 | * | $586,476.25 |
| HRL Prepay | 1 | | Received 2/23/23 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,520,826.91 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #███████5015
Account #██████4340
Beneficiary Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111287-IN

3/16/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
MMG Accrued Int to Sept 2022

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 336,429.320 | 336,429.32 |
| Classic Air-ICE | | | | |
| MMG Accrued Int to Sept 2022 | | | | |

| | |
|---|---|
| Net Invoice: | 336,429.32 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **336,429.32** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111288-IN

3/16/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
MMG Accrued Interest Oct 2022

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 18,431.840 | 18,431.84 |
| Classic Air-ICE | | | | |
| MMG Accrued Interest Oct 2022 | | | | |

| | |
|---|---|
| Net Invoice: | 18,431.84 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **18,431.84** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111289-IN

3/16/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
MMG Accrued Interest Nov 2022

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 20,703.780 | 20,703.78 |
| Classic Air-ICE | | | | |
| MMG Accrued Interest Nov 2022 | | | | |

| | |
|---|---|
| Net Invoice: | 20,703.78 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **20,703.78** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111290-IN

3/16/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
MMG Accrued Interest Dec 2022

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 22,387.040 | 22,387.04 |
| Classic Air-ICE | | | | |
| MMG Accrued Interest Dec 2022 | | | | |

| | |
|---|---|
| Net Invoice: | 22,387.04 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **22,387.04** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111291-IN

3/16/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
MMG Accrued Interest Jan 2023

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 1.000 | 25,916.620 | 25,916.62 |
| Classic Air-ICE | | | | | |
| MMG Accrued Interest Jan 2023 | | | | | |

| | |
|---|---|
| Net Invoice: | 25,916.62 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **25,916.62** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111292-IN

3/16/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
MMG Accrued Interest Feb 2023

No Terms

| Item | | EACH | 1.000 | 31,218.750 | 31,218.75 |
|------|--|------|-------|------------|-----------|
| 839REVHD | | | | | |
| Classic Air-ICE | | | | | |
| MMG Accrued Interest Feb 2023 | | | | | |

| | |
|---|---|
| Net Invoice: | 31,218.75 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **31,218.75** |



**202 Centreport Drive Suite 400**
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| **Invoice Number:** | **1111293-IN** |
| **Invoice Date:** | **1/31/2023** |

| | |
|---|---|
| **Customer:** | Classic Air Charter ICE |
| **Address:** | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| **Reference:** | January 2023 Monthly Minimums |

**Activity Period:**
1/1/2023  -  1/31/2023

**Terms:**  Due Upon Receipt

| Base | Minimum Hours | Cx Adj | Flown Actuals | Amt Under MMG | Rate Charged | Total MMG Rev |
|---|---|---|---|---|---|---|
| SAT | 320.00 | (4.17) | 250.19 | 65.64 | $4,937.50  * | $324,113.96 |
| AEX | 200.00 | (19.67) | 312.04 | - | $4,300.00 | $0.00 |
| MIA | 100.00 | - | 99.57 | 0.43 | $4,300.00 | $1,849.00 |
| AZA | 300.00 | (8.17) | 231.06 | 60.77 | $4,300.00 | $261,325.33 |
| HRL | 320.00 | (13.42) | 348.37 | - | $4,937.50  * | $0.00 |

*Blended rate per Addendum-1D*

| **Invoice Amount** | **$587,288.29** |
|---|---|

Contact Info:
arinvoices@flyiaero.com

**Wire Instructions**
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ███████6015
Account # ████████4340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1111449-IN |
| Invoice Date: | 3/21/2023 |

Activity Period:
2/1/2023
2/28/2023

| Customer: | Classic Air Charter ICE |
|---|---|
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | February 2023 MISC Recon |

Terms:            Due Upon Receipt

| Item Code | | Amount |
|---|---|---|
| Landing | $ | 6,913.03 |
| Ground | $ | 5,624.90 |
| Int'l Expense | $ | 58,113.41 |
| Deicing | $ | - |
| Screening | $ | - |
| Catering | $ | - |
| Parking | $ | 70.00 |

| | | |
|---|---|---|
| Invoice Amount | $ | 70,721.34 |

Contact Info:
AR Department
Arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #██████606 (Wire & ACH)
Accounting #██████529
Beneficiary:        Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1111564-IN |
| Invoice Date: | 3/27/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 03.26.2023

Activity Period:
3/20/2023  -    3/26/2023

Terms:        Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|---|---|---|---|---|---|
| SAT | 3 | 108.75 | $4,937.50 * | | $536,953.13 |
| SAT Prepay | 1 | | | Received 3/16/23   Thank you! | ($167,441.86) |
| AEX | 2 | 69.75 | $4,300.00 | | $299,925.00 |
| MIA | 1 | 12.75 | $4,300.00 | | $54,825.00 |
| AZA | 3 | 134.27 | $4,300.00 | | $577,361.00 |
| HRL | 3 | 126.84 | $4,937.50 * | | $626,272.50 |
| HRL Prepay | 1 | | | Received 3/16/23   Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,760,452.91 |
|---|---|

Contact Info:
AR DEPARTMENT
Arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #■■■■5015
Account #■■■■3340
Beneficiary Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111641-IN

3/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Post10/1/22 MMG Nov22 Acr%

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 2,170.180 | 2,170.18 |
| Classic Air-ICE | | | | |
| Post10/1/22 MMG Nov22 Acr% | | | | |

| | |
|---|---|
| Net Invoice: | 2,170.18 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **2,170.18** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111642-IN

3/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Post10/1/22 MMG Dec22 Acr%

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 1.000 | 3,751.090 | 3,751.09 |
| Classic Air-ICE | | | | | |
| Post10/1/22 MMG Dec22 Acr% | | | | | |

| | |
|---|---|
| Net Invoice: | 3,751.09 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **3,751.09** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111643-IN

3/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Post10/1/22 MMG Jan23 Acr%

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 7,177.760 | 7,177.76 |
| Classic Air-ICE | | | | |
| Post10/1/22 MMG Jan23 Acr% | | | | |

| | |
|---|---|
| Net Invoice: | 7,177.76 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **7,177.76** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1111644-IN

3/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Post10/1/22 MMG Feb23 Acr%

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 1.000 | 12,376.380 | 12,376.38 |
| Classic Air-ICE | | | | | |
| Post10/1/22 MMG Feb23 Acr% | | | | | |

| | |
|---|---|
| Net Invoice: | 12,376.38 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **12,376.38** |



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

**Invoice Number:** 1111686-IN
**Invoice Date:** 4/3/2023

**Customer:** Classic Air Charter ICE
**Address:** 1811 Riverview Drive
Melbourne, FL 32901
**Reference:** For flights during WE 04.02.2023 (March Flights)

**Activity Period:**
3/27/2023  -  3/31/2023

**Terms:** Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|------|----------------|-------------|---------------|--|-------|
| SAT | 3 | 90.38 | $4,937.50 * | | $446,251.25 |
| SAT Prepay | 1 | | | Received 3/23/23   Thank you! | ($167,441.86) |
| AEX | 2 | 80.24 | $4,300.00 | | $345,032.00 |
| MIA | 1 | 34.43 | $4,300.00 | | $148,049.00 |
| AZA | 3 | 68.18 | $4,300.00 | | $293,174.00 |
| HRL | 3 | 98.91 | $4,937.50 * | | $488,368.13 |
| HRL Prepay | 1 | | | Received 3/23/23   Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| **Invoice Amount** | $1,385,990.66 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ███████5015
Account #██████4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1111849-IN |
| Invoice Date: | 4/10/2023 |

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 04.09.2023 |

| | | |
|---|---|---|
| Activity Period: | | |
| | 4/3/2023 - | 4/9/2023 |
| Terms: | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour | | | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 59.11 | $6,800.00 * | | | $401,948.00 |
| SAT Prepay | 1 | | | Received 4/7/23 | Thank you! | ($167,441.86) |
| AEX | 2 | 35.70 | $6,800.00 | | | $242,760.00 |
| MIA | 1 | 27.16 | $6,800.00 | | | $184,688.00 |
| AZA | 3 | 69.17 | $6,800.00 | | | $470,356.00 |
| HRL | 3 | 84.88 | $6,800.00 * | | | $577,184.00 |
| HRL Prepay | 1 | | | Received 4/7/23 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| | |
|---|---|
| **Invoice Amount** | $1,542,052.28 |

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ████5015
Account #██████4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1111852-IN |
| Invoice Date: | 4/10/2023 |

Customer:  Classic Air Charter ICE
Address:   1811 Riverview Drive
           Melbourne, FL 32901
Reference: For flights during WE 04.02.2023 (April Flights)

| | | |
|---|---|---|
| Activity Period: | | |
| 04/01/202 | - | 4/2/2023 |
| | | |
| Terms: | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour | Total |
|---|---|---|---|---|
| SAT | 3 | 9.17 | $1,862.50 | $17,079.13 |
| AEX | 2 | 7.75 | $2,500.00 | $19,375.00 |

| Invoice Amount | $36,454.13 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ████6015
Account # ████4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1111999-IN |
| Invoice Date: | 4/17/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 04.16.2023

Activity Period:
4/10/2023 - 4/16/2023

Terms: Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 105.78 | $4,937.50 * | | | $522,288.75 |
| SAT Prepay | 1 | | | Received 4/7/23 | Thank you! | ($167,441.86) |
| AEX | 2 | 85.97 | $4,300.00 | | | $369,671.00 |
| MIA | 1 | 24.51 | $4,300.00 | | | $105,393.00 |
| AZA | 3 | 106.46 | $4,300.00 | | | $457,778.00 |
| HRL | 3 | 118.06 | $4,937.50 * | | | $582,921.25 |
| HRL Prepay | 1 | | | Received 4/7/23 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,703,168.28 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ████5015
Account # █████4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112034-IN |
| Invoice Date: | 4/18/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 04.16.2023 (Incremental Billing)

Activity Period:
4/10/2023  -  4/16/2023

Terms:  Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 105.78 | $4,937.50 | $6,800.00 | $1,862.50 | $197,015.25 |
| AEX | 2 | 85.97 | $4,300.00 | $6,800.00 | $2,500.00 | $214,925.00 |
| MIA | 1 | 24.51 | $4,300.00 | $6,800.00 | $2,500.00 | $61,275.00 |
| AZA | 3 | 106.46 | $4,300.00 | $6,800.00 | $2,500.00 | $266,150.00 |
| HRL | 3 | 118.06 | $4,937.50 | $6,800.00 | $1,862.50 | $219,886.75 |

**Invoice Amount**    $959,252.00

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ███015
Account # ███4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | | |
|---|---|---|
| **Invoice Number:** | 1112084-IN |
| **Invoice Date:** | 4/24/2023 |

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 04.23.2023 |

**Activity Period:**
4/17/2023  -    4/23/2023

**Terms:**       Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|---|---|---|---|---|---|
| SAT | 3 | 79.29 | $4,937.50 | * | $391,494.38 |
| SAT Prepay | 1 | | Received 4/14/23  Thank you! | | ($167,441.86) |
| AEX | 2 | 82.25 | $4,300.00 | | $353,675.00 |
| MIA | 1 | 23.17 | $4,300.00 | | $99,631.00 |
| AZA | 3 | 95.19 | $4,300.00 | | $409,317.00 |
| HRL | 3 | 116.29 | $4,937.50 | * | $574,181.88 |
| HRL Prepay | 1 | | Received 4/14/23  Thank you! | | ($167,441.86) |

*Blended rate per Addendum-1D*

| **Invoice Amount** | $1,493,415.53 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #    6015
Account #    4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112085-IN |
| Invoice Date: | 4/24/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 04.23.2023 (Incremental Billing)

Activity Period:
4/17/2023  -  4/23/2023

Terms:        Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|------|---------------|-------------|------------------------|------------------------|---------------------------|-------|
| SAT | 3 | 79.29 | $4,937.50 | $6,800.00 | $1,862.50 | $147,677.63 |
| AEX | 2 | 82.25 | $4,300.00 | $6,800.00 | $2,500.00 | $205,625.00 |
| MIA | 1 | 23.17 | $4,300.00 | $6,800.00 | $2,500.00 | $57,925.00 |
| AZA | 3 | 95.19 | $4,300.00 | $6,800.00 | $2,500.00 | $237,975.00 |
| HRL | 3 | 116.29 | $4,937.50 | $6,800.00 | $1,862.50 | $216,590.13 |

**Invoice Amount**    $865,792.75

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #███████015
Account #██████340
Beneficiary Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112096-IN

4/24/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Pre10/1/22 MMG Mar23Acr%

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 1.000 | 18,946.440 | 18,946.44 |
| Classic Air-ICE | | | | | |
| Pre10/1/22 MMG Mar23 Acr% | | | | | |

| | |
|---|---|
| Net Invoice: | 18,946.44 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **18,946.44** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112097-IN

4/24/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Post10/1/22 MMG Mar23 Acr%

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 1.000 | 12,481.700 | 12,481.70 |
| Classic Air-ICE | | | | | |
| Post10/1/22 MMG Mar23 Acr% | | | | | |

| | |
|---|---|
| Net Invoice: | 12,481.70 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **12,481.70** |



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112105-IN |
| Invoice Date: | 4/25/2023 |

Activity Period:
3/1/2023
3/31/2023

Customer:  Classic Air Charter ICE
Address:   1811 Riverview Drive
           Melbourne, FL 32901

Terms:     Due Upon Receipt

Reference: March 2023 MISC Recon

| Item Code | Amount | |
|---|---|---|
| Landing | $ | 11,474.80 |
| Ground | $ | 157.76 |
| Int'l Expense | $ | 175,225.01 |
| Deicing | $ | - |
| Parking | $ | 70.00 |

| | | |
|---|---|---|
| Invoice Amount | $ | 186,927.57 |

Contact Info:
AR Department
Arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #      606 (Wire & ACH)
Accounting #      0529
Beneficiary:     Swift Air, LLC



**202 Centreport Drive Suite 400**
**Greensboro, NC 27409**
**(602) 629-1221**

| | |
|---|---|
| **Invoice Number:** | **1112171-IN** |
| **Invoice Date:** | **5/1/2023** |

| | |
|---|---|
| **Customer:** | Classic Air Charter ICE |
| **Address:** | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| **Reference:** | For flights during WE 04.30.2023 (Incremental Billing) |

| | | |
|---|---|---|
| **Activity Period:** | | |
| | 4/24/2023 - | 4/30/2023 |
| | | |
| **Terms:** | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 92.38 | $4,937.50 | $6,800.00 | $1,862.50 | $172,057.75 |
| AEX | 2 | 76.24 | $4,300.00 | $6,800.00 | $2,500.00 | $190,600.00 |
| MIA | 1 | 42.47 | $4,300.00 | $6,800.00 | $2,500.00 | $106,175.00 |
| AZA | 3 | 105.72 | $4,300.00 | $6,800.00 | $2,500.00 | $264,300.00 |
| HRL | 3 | 114.84 | $4,937.50 | $6,800.00 | $1,862.50 | $213,889.50 |

**Invoice Amount**    $947,022.25

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ▮▮▮5015
Account # ▮▮▮4340
Beneficiary Swift Air, LLC

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112195-IN

4/30/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
PRE 10/1/22 MMG APR 23 ACR %

No Terms

| Item | | | | | |
|------|------|------|------|------|------|
| 839REVHD | | EACH | 0.000 | 0.000 | 19,051.11 |
| Classic Air-ICE | | | | | |
| Pre 10/1/22 Accrued Interest for April 2023 | | | | | |

| | |
|---|---|
| Net Invoice: | 19,051.11 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **19,051.11** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112196-IN

4/30/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Post 10/1/22 MMG APR 23 ACR %

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 0.000 | 0.000 | 12,587.91 |
| Classic Air-ICE | | | | |

  Post 10/1/22 Accrued Interest for April 2023

| | |
|---|---|
| Net Invoice: | 12,587.91 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **12,587.91** |



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112243-IN |
| Invoice Date: | 5/8/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 05.07.2023 (Incremental Billing)

| Activity Period: | | |
|---|---|---|
| | 5/1/2023 - | 5/7/2023 |
| Terms: | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 63.85 | $4,937.50 | $6,800.00 | $1,862.50 | $118,920.63 |
| AEX | 2 | 76.94 | $4,300.00 | $6,800.00 | $2,500.00 | $192,350.00 |
| MIA | 1 | 24.41 | $4,300.00 | $6,800.00 | $2,500.00 | $61,025.00 |
| AZA | 3 | 95.07 | $4,300.00 | $6,800.00 | $2,500.00 | $237,675.00 |
| HRL | 3 | 113.78 | $4,937.50 | $6,800.00 | $1,862.50 | $211,915.25 |

**Invoice Amount**   $821,885.88

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #     5015
Account #        4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112315-IN |
| Invoice Date: | 5/15/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 05.14.2023 (Incremental Billing)

Activity Period:
5/8/2023  -  5/14/2023

Terms:      Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 85.80 | $4,937.50 | $6,800.00 | $1,862.50 | $159,802.50 |
| AEX | 2 | 79.81 | $4,300.00 | $6,800.00 | $2,500.00 | $199,525.00 |
| MIA | 1 | 26.35 | $4,300.00 | $6,800.00 | $2,500.00 | $65,875.00 |
| AZA | 3 | 76.29 | $4,300.00 | $6,800.00 | $2,500.00 | $190,725.00 |
| HRL | 3 | 123.99 | $4,937.50 | $6,800.00 | $1,862.50 | $230,931.38 |

**Invoice Amount**      $846,858.88

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing # ███5015
Account # █████4340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112353-IN |
| Invoice Date: | 5/19/2023 |

Activity Period:
4/1/2023
4/30/2023

| Customer: | Classic Air Charter ICE |
|---|---|
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | April 2023 MISC Recon |

Terms:    Due Upon Receipt

| Item Code | Amount |
|---|---|
| Landing | $ 22,311.58 |
| Ground | $ 796.86 |
| Int'l Expense | $ 100,087.85 |
| Deicing | $ - |
| Parking | $ - |

Invoice Amount    $    123,196.29

Contact Info:
AR Department
Arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #        606 (Wire & ACH)
Accounting #        0529
Beneficiary:    Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112357-IN |
| Invoice Date: | 5/22/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: For flights during WE 05.21.2023

Activity Period:
5/15/2023  -    5/21/2023

Terms:      Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|---|---|---|---|---|---|
| SAT | 3 | 47.58 | $4,937.50 | * | $234,926.25 |
| SAT Prepay | 1 | | Received 5/11/23  Thank you! | | ($167,441.86) |
| AEX | 2 | 80.41 | $4,300.00 | | $345,763.00 |
| MIA | 1 | 40.88 | $4,300.00 | | $175,784.00 |
| AZA | 3 | 59.27 | $4,300.00 | | $254,861.00 |
| HRL | 3 | 104.18 | $4,937.50 | * | $514,388.75 |
| HRL Prepay | 1 | | Received 5/11/23  Thank you! | | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,190,839.28 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ▮▮▮▮5015
Account #▮▮▮▮▮4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112358-IN |
| Invoice Date: | 5/22/2023 |

Customer:  Classic Air Charter ICE
Address:   1811 Riverview Drive
           Melbourne, FL 32901
Reference: For flights during WE 05.21.2023 (Incremental Billing)

Activity Period:
5/15/2023  -  5/21/2023

Terms:  Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|------|----------------|-------------|------------------------|------------------------|---------------------------|-------|
| SAT | 3 | 47.58 | $4,937.50 | $6,800.00 | $1,862.50 | $88,617.75 |
| AEX | 2 | 80.41 | $4,300.00 | $6,800.00 | $2,500.00 | $201,025.00 |
| MIA | 1 | 40.88 | $4,300.00 | $6,800.00 | $2,500.00 | $102,200.00 |
| AZA | 3 | 59.27 | $4,300.00 | $6,800.00 | $2,500.00 | $148,175.00 |
| HRL | 3 | 104.18 | $4,937.50 | $6,800.00 | $1,862.50 | $194,035.25 |

**Invoice Amount**    $734,053.00

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ######015
Account #######4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112401-IN |
| Invoice Date: | 5/30/2023 |

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 05.28.2023 (Incremental Billing) |

| | | |
|---|---|---|
| Activity Period: | | |
| | 5/22/2023 - | 5/28/2023 |
| Terms: | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 95.07 | $4,937.50 | $6,800.00 | $1,862.50 | $177,067.88 |
| AEX | 2 | 77.13 | $4,300.00 | $6,800.00 | $2,500.00 | $192,825.00 |
| MIA | 1 | 24.83 | $4,300.00 | $6,800.00 | $2,500.00 | $62,075.00 |
| AZA | 3 | 94.17 | $4,300.00 | $6,800.00 | $2,500.00 | $235,425.00 |
| HRL | 3 | 119.71 | $4,937.50 | $6,800.00 | $1,862.50 | $222,959.88 |

**Invoice Amount**    $890,352.75

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #■■■■■015
Account #■■■■■340
Beneficiary Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112517-IN

6/1/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Pre 10/1/22 MMG May23Acr%

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 19,156.360 | 19,156.36 |
| Classic Air-ICE | | | | |

Pre 10/1/22 MMG May23Acr% per Michelle Stephey

| | |
|---|---|
| Net Invoice: | 19,156.36 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **19,156.36** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112518-IN

6/1/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Post 10/1/22 MMG May23Acr%

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000 | 12,695.040 | 12,695.04 |
| Classic Air-ICE | | | | |
| Post 10/1/22 MMG May23Acr% per Michelle Stephey | | | | |

| | |
|---|---|
| Net Invoice: | 12,695.04 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **12,695.04** |



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

**Invoice Number:**      1112563-IN
**Invoice Date:**           6/5/2023

**Customer:**  Classic Air Charter ICE
**Address:**  1811 Riverview Drive
Melbourne, FL 32901
**Reference:**  For flights during WE 06.04.2023 (Incremental Billing)

**Activity Period:**
5/29/2023    -    6/4/2023

**Terms:**           Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|------|---------------|-------------|----------------------|----------------------|--------------------------|-------|
| SAT | 3 | 77.72 | $4,937.50 | $6,800.00 | $1,862.50 | $144,753.50 |
| AEX | 2 | 89.95 | $4,300.00 | $6,800.00 | $2,500.00 | $224,875.00 |
| MIA | 1 | 16.55 | $4,300.00 | $6,800.00 | $2,500.00 | $41,375.00 |
| AZA | 3 | 93.24 | $4,300.00 | $6,800.00 | $2,500.00 | $233,100.00 |
| HRL | 3 | 72.47 | $4,937.50 | $6,800.00 | $1,862.50 | $134,975.38 |

**Invoice Amount**      $779,078.88

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #_____5015
Account #_____340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112606-CM |
| Invoice Date: | 6/9/2023 |

Activity Period:
1/1/2023
1/31/2023

Customer:   Classic Air Charter ICE
Address:    1811 Riverview Drive
            Melbourne, FL 32901
Reference:   Credit-January 2023 MISC Recon

Terms:         Due Upon Receipt

| Item Code | Amount |
|---|---|
| Landing | $ - |
| Ground | $ (550.00) |
| Int'l Expense | $ - |
| Deicing | $ - |
| Screening | $ - |
| Catering | $ - |
| Parking | $ - |
| **Credit Amount** | **$ (550.00)** |

Contact Info:
AR Department
ARInvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing # ████606 (Wire & ACH)
Accounting ████0529
Beneficiary:   Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112607-CM |
| Invoice Date: | 6/9/2023 |

Activity Period:
2/1/2023
2/28/2023

| | | |
|---|---|---|
| Customer: | Classic Air Charter ICE | |
| Address: | 1811 Riverview Drive | |
| | Melbourne, FL 32901 | Terms: Due Upon Receipt |
| Reference: | Credit-February 2023 MISC Recon | |

| Item Code | Amount |
|---|---|
| Landing | $ - |
| Ground | $ (4,047.40) |
| Int'l Expense | $ - |
| Deicing | $ - |
| Screening | $ - |
| Catering | $ - |
| Parking | $ - |

| | | |
|---|---|---|
| Credit Amount | $ | (4,047.40) |

Contact Info:
AR Department
Arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #      606 (Wire & ACH)
Accounting #      529
Beneficiary:      Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112648-IN |
| Invoice Date: | 6/12/2023 |

| | | |
|---|---|---|
| Customer: | Classic Air Charter ICE | |
| Address: | 1811 Riverview Drive | |
| | Melbourne, FL 32901 | |
| Reference: | For flights during WE 06.11.2023 (Incremental Billing) | |

| | | |
|---|---|---|
| Activity Period: | | |
| | 6/5/2023  - | 6/11/2023 |
| Terms: | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|------|----------------|-------------|------------------------|------------------------|----------------------------|-------|
| SAT | 3 | 86.16 | $4,937.50 | $6,800.00 | $1,862.50 | $160,473.00 |
| AEX | 2 | 78.35 | $4,300.00 | $6,800.00 | $2,500.00 | $195,875.00 |
| MIA | 1 | 16.49 | $4,300.00 | $6,800.00 | $2,500.00 | $41,225.00 |
| AZA | 3 | 88.75 | $4,300.00 | $6,800.00 | $2,500.00 | $221,875.00 |
| HRL | 3 | 80.01 | $4,937.50 | $6,800.00 | $1,862.50 | $149,018.63 |

**Invoice Amount**    $768,466.63

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #████5015
Account █████340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| Invoice Number: | 1112705-IN |
|---|---|
| Invoice Date: | 6/19/2023 |

| Customer: | Classic Air Charter ICE |
|---|---|
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 06.18.2023 (Incremental Billing) |

Activity Period:

6/12/2023  -  6/18/2023

Terms:    Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 73.55 | $4,937.50 | $6,800.00 | $1,862.50 | $136,986.88 |
| AEX | 2 | 59.58 | $4,300.00 | $6,800.00 | $2,500.00 | $148,950.00 |
| MIA | 1 | 24.31 | $4,300.00 | $6,800.00 | $2,500.00 | $60,775.00 |
| AZA | 3 | 96.43 | $4,300.00 | $6,800.00 | $2,500.00 | $241,075.00 |
| HRL | 3 | 102.83 | $4,937.50 | $6,800.00 | $1,862.50 | $191,520.88 |

**Invoice Amount**    $779,307.75

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #        015
Account #        340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112708-IN |
| Invoice Date: | 6/19/2023 |

Activity Period:
5/1/2023
5/31/2023

Customer:   Classic Air Charter ICE
Address:    1811 Riverview Drive
            Melbourne, FL 32901          Terms:              Due upon receipt
Reference:  May 2023 Travel Charges

| Vendors | Amount |
|---|---|
| Travel Charges | $   41,921.23 |

| | | |
|---|---|---|
| Invoice Amount | $ | 41,921.23 |

Contact Info:
Steve Kasteler
skasteler@flyiaero.com
(336) 355-6220
(801) 243-6278

Wire Instructions
Synovus Bank
ABA Routing        06 (Wire & ACH)
Accounting #         0529
Beneficiary:    Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112721-CM |
| Invoice Date: | 6/21/2023 |
| Activity Period: | |
| | 3/1/2023 |
| | 3/31/2023 |

Customer: Classic Air Charter ICE
Address: 1811 Riverview Drive
Melbourne, FL 32901
Reference: Ground Credits for March 2023 MISC Recon

Terms:            Due Upon Receipt

| Item Code | Amount |
|---|---|
| Landing | $        - |
| Ground | $   (57.76) |
| Int'l Expense | $        - |
| Deicing | $        - |
| Parking | $        - |
| | |
| Credit Amount | $   (57.76) |

Contact Info:
AR Department
Arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #: ████606 (Wire & ACH)
Accounting #: ████529
Beneficiary:      Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112722-CM |
| Invoice Date: | 6/21/2023 |

Activity Period:
4/1/2023
4/30/2023

| | | |
|---|---|---|
| Customer: | Classic Air Charter ICE | |
| Address: | 1811 Riverview Drive | |
| | Melbourne, FL 32901 | Terms: |
| Reference: | Ground Credits for April 2023 MISC Recon | Due Upon Receipt |

| Item Code | Amount |
|---|---|
| Landing | $ - |
| Ground | $ (26.86) |
| Int'l Expense | $ - |
| Deicing | $ - |
| Parking | $ - |
| | |
| Credit Amount | $ (26.86) |

Contact Info:
AR Department
Arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #: ▇▇▇606 (Wire & ACH)
Accounting #: ▇▇▇529
Beneficiary: Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| **Invoice Number:** | **1112731-IN** |
| **Invoice Date:** | **6/22/2023** |

**Activity Period:**
5/1/2023
5/31/2023

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | May 2023 MISC Recon |

**Terms:** **Due Upon Receipt**

| Item Code | | Amount |
|---|---|---|
| Landing | $ | 22,509.18 |
| Ground | $ | - |
| Int'l Expense | $ | 169,411.46 |
| Deicing | $ | - |
| Parking | $ | 70.00 |

| | | |
|---|---|---|
| **Invoice Amount** | **$** | **191,990.64** |

Contact Info:
AR Department
Arinvoices@flyiaero.com

<u>Wire Instructions</u>
Synovus Bank
ABA Routing #████606 (Wire & ACH)
Accounting #███0529
Beneficiary:    Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112753-IN |
| Invoice Date: | 6/26/2023 |

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 06.25.2023 |

| | | |
|---|---|---|
| Activity Period: | | |
| | 6/19/2023 - | 6/25/2023 |
| | | |
| Terms: | | Due Upon Receipt |

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|---|---|---|---|---|---|
| SAT | 3 | 93.42 | $4,937.50 | * | $461,261.25 |
| SAT Prepay | 1 | | Received 6/15/23 | Thank you! | ($167,441.86) |
| AEX | 2 | 81.91 | $4,300.00 | | $352,213.00 |
| MIA | 1 | 18.08 | $4,300.00 | | $77,744.00 |
| AZA | 3 | 78.47 | $4,300.00 | | $337,421.00 |
| HRL | 3 | 114.10 | $4,937.50 | * | $563,368.75 |
| HRL Prepay | 1 | | Received 6/15/23 | Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,457,124.28 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #█████5015
Account #█████4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112754-IN |
| Invoice Date: | 6/26/2023 |

Customer:   Classic Air Charter ICE
Address:    1811 Riverview Drive
            Melbourne, FL 32901
Reference:  For flights during WE 06.25.2023 (Incremental Billing)

Activity Period:
            6/19/2023  -  6/25/2023

Terms:      Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|------|----------------|-------------|-------------------------|-------------------------|----------------------------|-------|
| SAT | 3 | 93.42 | $4,937.50 | $6,800.00 | $1,862.50 | $173,994.75 |
| AEX | 2 | 81.91 | $4,300.00 | $6,800.00 | $2,500.00 | $204,775.00 |
| MIA | 1 | 18.08 | $4,300.00 | $6,800.00 | $2,500.00 | $45,200.00 |
| AZA | 3 | 78.47 | $4,300.00 | $6,800.00 | $2,500.00 | $196,175.00 |
| HRL | 3 | 114.10 | $4,937.50 | $6,800.00 | $1,862.50 | $212,511.25 |

**Invoice Amount**    $832,656.00

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #_____5015
Account #_____4340
Beneficiary Swift Air, LLC



**202 Centreport Drive Suite 400**
**Greensboro, NC 27409**
**(602) 629-1221**

# Invoice Summary

| Invoice Number: | 1112755-IN |
|---|---|
| Invoice Date: | 6/26/2023 |

**Bill To:**
**Classic Air Charter ICE**
**1811 Riverview Drive**
**Melbourne, FL 32901**

| Activity Period: | |
|---|---|
| 7/3/2023  - | 7/9/2023 |

**Reference:**  Additional A/C WE 07/09/23

| Due Date: | 29-Jun-23 |
|---|---|

| Date | Base | Description | Contract# | Block hours | Rate | | Total |
|---|---|---|---|---|---|---|---|
| WE 07/09/23 | SAT | Additional Aircraft SAT | Addendum 1-D (AC 11 & 12) | 27.91 | $6,000.00 | $ | 167,441.86 |
| WE 07/09/23 | HRL | Additional Aircraft HRL | Addendum 1-D (AC 11 & 12) | 27.91 | $6,000.00 | $ | 167,441.86 |

| Invoice Amount | $ | 334,883.72 |
|---|---|---|

**Contact Info:**
ARinvoices@flyiaero.com

**Wire Instructions**

Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ██████5015
Account # ██████4340
Beneficiary Swift Air, LLC



**202 Centreport Drive Suite 400**
**Greensboro, NC 27409**
**(602) 629-1221**

# Invoice Summary

| Invoice Number: | 1112766-CM |
|---|---|
| Invoice Date: | 6/28/2023 |

**Bill To:**
**Classic Air Charter ICE**
**1811 Riverview Drive**
**Melbourne, FL 32901**

| Activity Period: | | |
|---|---|---|
| 7/3/2023 | – | 7/9/2023 |

**Reference:** Credit for Additional A/C WE 07/09/23

Due Date:    29-Jun-23

| Date | Base | Description | Contract# | Block hours | Rate | Total |
|---|---|---|---|---|---|---|
| WE 07/09/23 | SAT | Additional Aircraft SAT | Addendum 1-D (AC 11 & 12) | -27.91 | $6,000.00 | $ (167,441.86) |
| WE 07/09/23 | HRL | Additional Aircraft HRL | Addendum 1-D (AC 11 & 12) | -27.91 | $6,000.00 | $ (167,441.86) |

| Credit Amount | $ (334,883.72) |
|---|---|

Contact Info:
ARinvoices@flyiaero.com

**Wire Instructions**

Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #█████5015
Account #█████340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| Invoice Number: | 1112767-IN |
|---|---|
| Invoice Date: | 6/28/2023 |

## Invoice Summary

Bill To:
Classic Air Charter ICE
1811 Riverview Drive
Melbourne, FL 32901

| Activity Period: | |
|---|---|
| | 7/3/2023 - 7/9/2023 |

Reference:   12 Aircraft Prepayment: Mon Jul 3 thru Sun Jul 9

Due Date:     6/29/2023

| Date | Base | Description | No. of Aircraft | Monthly MMG / AC | Weeks / Month | Total BHs Prepaid / Week | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 7/3/23-7/9/23 | AZA | Weekly Prepayment | 3 | 100 | 4.3 | 69.77 | $7,500.00 | $ 523,255.81 |
| 7/3/23-7/9/23 | HRL | Weekly Prepayment | 3 | 100 | 4.3 | 69.77 | $7,500.00 | $ 523,255.81 |
| 7/3/23-7/9/23 | SAT | Weekly Prepayment | 3 | 100 | 4.3 | 69.77 | $7,500.00 | $ 523,255.81 |
| 7/3/23-7/9/23 | AEX | Weekly Prepayment | 2 | 100 | 4.3 | 46.51 | $7,500.00 | $ 348,837.21 |
| 7/3/23-7/9/23 | MIA | Weekly Prepayment | 1 | 80 | 4.3 | 18.60 | $7,500.00 | $ 139,534.88 |

| Invoice Amount | $ 2,058,139.53 |
|---|---|

Contact Info:
AIInvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #████015
Account #████340
Beneficiary Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112776-DM

6/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Correction for 1112766-CM

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 1.000 | 334,883.720 | 334,883.72 |
| Classic Air-ICE | | | | | |
| Correction for 1112766-CM | | | | | |

| | |
|---|---|
| Net Invoice: | 334,883.72 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **334,883.72** |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112777-CM

6/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Correction for 1112766-CM

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000- | 334,883.720 | 334,883.72- |
| Classic Air-ICE | | | | |
| Correction for 1112766-CM | | | | |

| | |
|---|---|
| Net Invoice: | 334,883.72- |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 334,883.72- |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112779-CM

6/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Correction for 1112776-DM

No Terms

| | | | | |
|---|---|---|---|---|
| 839REVHD | EACH | 1.000- | 334,883.720 | 334,883.72- |
| Classic Air-ICE | | | | |

Correction for 1112776-DM should have been credit

| | |
|---|---|
| Net Invoice: | 334,883.72- |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 334,883.72- |

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1112780-CM

6/28/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
Correction for 1112766-CM

No Terms

| | | | | | |
|---|---|---|---|---|---|
| 839REVHD | | EACH | 1.000- | 334,883.720 | 334,883.72- |
| Classic Air-ICE | | | | | |

Correction for 1112766-CM CM was keyed as positive

|  |  |
|---|---|
| Net Invoice: | 334,883.72- |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | 334,883.72- |



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1112808-IN |
| Invoice Date: | 7/3/2023 |

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | For flights during WE 07.02.2023 |

Activity Period:
6/26/2023  -  7/2/2023

Terms:        Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour | | Total |
|---|---|---|---|---|---|
| SAT | 3 | 85.71 | $4,937.50 | * | $423,193.13 |
| SAT Prepay | 1 | | | Received 6/22/23   Thank you! | ($167,441.86) |
| AEX | 2 | 78.39 | $4,300.00 | | $337,077.00 |
| MIA | 1 | 25.52 | $4,300.00 | | $109,736.00 |
| AZA | 3 | 87.66 | $4,300.00 | | $376,938.00 |
| HRL | 3 | 107.97 | $4,937.50 | * | $533,101.88 |
| HRL Prepay | 1 | | | Received 6/22/23   Thank you! | ($167,441.86) |

*Blended rate per Addendum-1D*

| Invoice Amount | $1,445,162.28 |
|---|---|

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing ██████6015
Account #██████340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | | |
|---|---|---|
| Invoice Number: | 1112809-IN |
| Invoice Date: | 7/3/2023 |

Customer:  Classic Air Charter ICE
Address:  1811 Riverview Drive
Melbourne, FL 32901
Reference:  For flights during WE 07.02.2023 (Incremental Billing)

Activity Period:
6/26/2023  -    7/2/2023

Terms:    Due Upon Receipt

| Base | Planes at Base | BH Per Base | Cost per Hour Old Rate | Cost per Hour New Rate | Incremental Cost per Hour | Total |
|---|---|---|---|---|---|---|
| SAT | 3 | 85.71 | $4,937.50 | $6,800.00 | $1,862.50 | $159,634.88 |
| AEX | 2 | 78.39 | $4,300.00 | $6,800.00 | $2,500.00 | $195,975.00 |
| MIA | 1 | 25.52 | $4,300.00 | $6,800.00 | $2,500.00 | $63,800.00 |
| AZA | 3 | 87.66 | $4,300.00 | $6,800.00 | $2,500.00 | $219,150.00 |
| HRL | 3 | 107.97 | $4,937.50 | $6,800.00 | $1,862.50 | $201,094.13 |

**Invoice Amount**    $839,654.00

Contact Info:
AR Department
arinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #        5015
Account #        4340
Beneficiary Swift Air, LLC



202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| Invoice Number: | 1112833-CM |
| Invoice Date: | 7/6/2023 |

## Invoice Summary

Bill To:
Classic Air Charter ICE
1811 Riverview Drive
Melbourne, FL 32901

| Activity Period: | |
| | 7/3/2023  -  7/9/2023 |

Reference:   Credit : 12 Aircraft Prepayment: Mon Jul 3 thru Sun Jul 9

Due Date:        6/29/2023

| Date | Base | Description | No. of Aircraft | Monthly MMG / AC | Weeks / Month | Total BHs Prepaid / Week | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 7/3/23-7/9/23 | AZA | Weekly Prepayment | 3 | 100 | 4.3 | 69.77 | $7,500.00 | $    523,255.81 |
| 7/3/23-7/9/23 | HRL | Weekly Prepayment | 3 | 100 | 4.3 | 69.77 | $7,500.00 | $    523,255.81 |
| 7/3/23-7/9/23 | SAT | Weekly Prepayment | 3 | 100 | 4.3 | 69.77 | $7,500.00 | $    523,255.81 |
| 7/3/23-7/9/23 | AEX | Weekly Prepayment | 2 | 100 | 4.3 | 46.51 | $7,500.00 | $    348,837.21 |
| 7/3/23-7/9/23 | MIA | Weekly Prepayment | 1 | 80 | 4.3 | 18.60 | $7,500.00 | $    139,534.88 |

| Invoice Amount | $  2,058,139.53 |

Contact Info:
Allinvoices@flyiaero.com

Wire Instructions
Arizona Bank & Trust
Phoenix Arizona
ABA & ACH Routing #████015
Account #████4340
Beneficiary Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

Invoice Number:    1113057-IN
Invoice Date:    7/31/2023

Activity Period:
6/1/2023
6/30/2023

Customer:    Classic Air Charter ICE
Address:     1811 Riverview Drive
             Melbourne, FL 32901
Reference:   June 2023 MISC Recon

Terms:    Due Upon Receipt

| Item Code | | Amount |
|---|---|---|
| Landing | $ | 15,074.74 |
| Ground | $ | - |
| Int'l Expense | $ | 84,450.22 |
| Deicing | $ | - |
| Parking | $ | - |
| **Invoice Amount** | **$** | **99,524.96** |

Contact Info:
AR Department
Arinvoices@flyiaero.com

Wire Instructions
Synovus Bank
ABA Routing #: ████606 (Wire & ACH)
Accounting #: ████0529
Beneficiary:    Swift Air, LLC



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | |
|---|---|
| Invoice Number: | 1113248-IN |
| Invoice Date: | 8/28/2023 |

Activity Period:
7/1/2023
7/31/2023

| | |
|---|---|
| Customer: | Classic Air Charter ICE |
| Address: | 1811 Riverview Drive |
| | Melbourne, FL 32901 |
| Reference: | July 2023 MISC Recon |

Terms:          Due Upon Receipt

| Item Code | Amount | |
|---|---|---|
| Landing | $ | 14,461.92 |
| Ground | $ | - |
| Int'l Expense | $ | 3,373.99 |
| Deicing | $ | - |
| Parking | $ | 350.00 |

Invoice Amount  $    18,185.91

Contact Info:
AR Department
Arinvoices@flyiaero.com

**Wire Instructions**
Synovus Bank
ABA Routing ████606 (Wire & ACH)
Accounting #████529
Beneficiary:     Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1113379-IN

9/19/2023

NONTAX

Classic Air Charters                                          CLAAI01
1811 Riverview Drive                                         6/24/23 handling paid by Cubaz
Melbourne, FL  32901

No Terms

| | | | | |
|---|---|---|---|---|
| MISC | EACH | 1.000 | 8,400.420 | 8,400.42 |
| Miscellaneous | | | | |

6/24/23 handling paid by Cubazul Flight 3977

| | |
|---|---|
| Net Invoice: | 8,400.42 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **8,400.42** |



# Invoice Summary

202 Centreport Drive Suite 400
Greensboro, NC 27409
(602) 629-1221

| | | |
|---|---|---|
| **Invoice Number:** | 1113434-IN |
| **Invoice Date:** | 9/26/2023 |
| **Activity Period:** | 8/1/2023 |
| | 8/31/2023 |

Customer: **Classic Air Charter ICE**
Address: **1811 Riverview Drive**
**Melbourne, FL 32901**
Reference: **August 2023 MISC Recon**

**Terms:** Due Upon Receipt

| Item Code | Amount |
|---|---|
| Landing | $ - |
| Ground | $ - |
| Int'l Expense | $ 128,481.07 |
| Deicing | $ - |
| Parking | $ - |

| | | |
|---|---|---|
| **Invoice Amount** | $ | 128,481.07 |

Contact Info:
AR Department
Arinvoices@flyiaero.com

<u>Wire Instructions</u>
Synovus Bank
ABA Routing # ███████06 (Wire & ACH)
Accounting # ███████529
Beneficiary:     Swift Air, LLC

1

Swift Air, L.L.C. dba iAero Airways
202 Centreport Drive, Ste 400
Greensboro, NC  27409
(602) 629-1221

1113659-IN

10/19/2023

NONTAX

Classic Air Charters
1811 Riverview Drive
Melbourne, FL  32901

CLAAI01
HAV276752-01

No Terms

| | | | | | |
|---|---|---|---|---|---|
| MISC<br>Miscellaneous | EACH | 1.000 | 2,001.040 | | 2,001.04 |
| ICE Flight 3550/3551 5/10/23 Handling | | | | | |
| MISC<br>Miscellaneous | EACH | 1.000 | 7,150.660 | | 7,150.66 |
| ICE Flight 3550/3551 6/22/23 Handling and Fuel | | | | | |

| | |
|---|---|
| Net Invoice: | 9,151.70 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| | **9,151.70** |

## FAIR DEBT COLLECTION PRACTICE ACT

### NOTICE

1.  Any information obtained will be used for the purpose of collecting a debt.

2.  This notice is incorporated with a letter, complaint or other documents which is sent to you advising you of the amount of the debt and the name of the creditor to whom the debt is owed.

3.  Unless you, within thirty (30) days after receipt of this Notice, dispute the validity of the debt, or any portion thereof, the debt will be assumed to be valid by this office.

4.  If you notify this office, in writing, within the thirty (30) day period that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt and a copy of such verification will be mailed to you by this office.

5.  Upon your written request, within the thirty (30) day period, this office will provide you with the name and address of the original creditor, if it is different from the current creditor.

### Disputed Debts

6.  If you notify this office, in writing, within the thirty (30) day period, that the debt or any portion thereof is disputed, or if you request the name and address of the original creditor, this office shall cease collection of the debt, or any disputed portion thereof, until we obtain verification of the debt, or the name and address of the original creditor, as the case may be, and a copy of such verification of the debt, or name and address of the original creditor is mailed to you by this office.

### Admission of Liability

7.  Your failure to dispute the validity of a debt under this section may not be construed by any Court as an admission of liability by the consumer.

# Exhibit C

**AEROTECH MIAMI INC.**
**CASE NO. 23-17503-BKC-RAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

## Accounts Receivable Balance: Classic Air Charter

| Customer Code | Customer | Invoice Date | Invoice Number | Invoice Due Date | Balance |
|---|---|---|---|---|---|
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100560-IN | 12/17/21 | $ 806,388.45 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100561-IN | 12/17/21 | 262,221.94 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100563-IN | 12/17/21 | 51,211.95 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100567-IN | 12/17/21 | 110,435.12 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100569-IN | 12/17/21 | 114,602.69 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100571-IN | 12/17/21 | 55,452.62 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100572-IN | 12/17/21 | 117,088.60 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100573-IN | 12/17/21 | 300,753.56 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100574-IN | 12/17/21 | 345,280.62 |
| CLAAI01 | Classic Air Charters | 12/17/21 | 1100575-IN | 12/17/21 | 120,159.42 |
| CLAAI01 | Classic Air Charters | 02/01/22 | 1102594-IN | 02/01/22 | 83,601.90 |
| CLAAI01 | Classic Air Charters | 04/01/22 | 1104253-IN | 04/01/22 | 314,688.34 |
| CLAAI01 | Classic Air Charters | 09/30/22 | 1107777-IN | 09/30/22 | 56,760.00 |
| CLAAI01 | Classic Air Charters | 10/14/22 | 1108002-IN | 10/14/22 | 325,000.00 |
| CLAAI01 | Classic Air Charters | 10/18/22 | 1108014-IN | 10/18/22 | 60,200.00 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108214-IN | 10/31/22 | 86,716.61 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108215-IN | 10/31/22 | 4,242.85 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108216-IN | 10/31/22 | 160,505.79 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108245-IN | 10/31/22 | 484,592.06 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108247-IN | 10/31/22 | 33,418.20 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108249-IN | 10/31/22 | 203,143.47 |
| CLAAI01 | Classic Air Charters | 10/31/22 | 1108252-IN | 10/31/22 | 77,565.47 |
| CLAAI01 | Classic Air Charters | 11/14/22 | 1108457-IN | 11/14/22 | 450,978.80 |
| CLAAI01 | Classic Air Charters | 11/30/22 | 1108923-IN | 11/30/22 | 21,957.54 |
| CLAAI01 | Classic Air Charters | 12/19/22 | 1109291-IN | 12/19/22 | 814,585.79 |
| CLAAI01 | Classic Air Charters | 12/31/22 | 1109647-IN | 12/31/22 | 94,740.58 |
| CLAAI01 | Classic Air Charters | 12/31/22 | 1109670-IN | 12/31/22 | 281,536.25 |
| CLAAI01 | Classic Air Charters | 12/31/22 | 1109671-IN | 12/31/22 | 187,702.37 |
| CLAAI01 | Classic Air Charters | 01/09/23 | 1109678-IN | 01/09/23 | 509,947.40 |
| CLAAI01 | Classic Air Charters | 01/10/23 | 1109806-IN | 01/10/23 | 388,202.71 |
| CLAAI01 | Classic Air Charters | 01/23/23 | 1109998-IN | 01/23/23 | 9,472.76 |
| CLAAI01 | Classic Air Charters | 01/23/23 | 1110040-IN | 01/23/23 | 58,358.57 |
| CLAAI01 | Classic Air Charters | 01/23/23 | 1110042-IN | 01/23/23 | 104,191.22 |
| CLAAI01 | Classic Air Charters | 02/06/23 | 1110350-IN | 02/06/23 | 33,750.01 |
| CLAAI01 | Classic Air Charters | 02/13/23 | 1110450-IN | 02/13/23 | 701,569.97 |
| CLAAI01 | Classic Air Charters | 02/20/23 | 1110846-IN | 02/20/23 | 142,288.12 |
| CLAAI01 | Classic Air Charters | 03/06/23 | 1111125-IN | 03/06/23 | 697,065.58 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111287-IN | 03/16/23 | 336,429.32 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111288-IN | 03/16/23 | 18,431.84 |

**AEROTECH MIAMI INC.**
**CASE NO. 23-17503-BKC-RAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

### Accounts Receivable Balance: Classic Air Charter

| Customer Code | Customer | Invoice Date | Invoice Number | Invoice Due Date | Balance |
|---|---|---|---|---|---|
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111289-IN | 03/16/23 | 18,533.60 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111290-IN | 03/16/23 | 18,635.95 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111291-IN | 03/16/23 | 18,738.86 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111292-IN | 03/16/23 | 18,842.37 |
| CLAAI01 | Classic Air Charters | 03/16/23 | 1111293-IN | 03/16/23 | 587,288.29 |
| CLAAI01 | Classic Air Charters | 03/21/23 | 1111449-IN | 03/21/23 | 70,721.34 |
| CLAAI01 | Classic Air Charters | 03/27/23 | 1111564-IN | 03/27/23 | 1,073,098.90 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111641-IN | 03/28/23 | 2,170.18 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111642-IN | 03/28/23 | 3,751.09 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111643-IN | 03/28/23 | 7,177.76 |
| CLAAI01 | Classic Air Charters | 03/28/23 | 1111644-IN | 03/28/23 | 12,376.38 |
| CLAAI01 | Classic Air Charters | 04/03/23 | 1111686-IN | 04/03/23 | 484,581.50 |
| CLAAI01 | Classic Air Charters | 04/10/23 | 1111849-IN | 04/10/23 | 763,271.57 |
| CLAAI01 | Classic Air Charters | 04/10/23 | 1111852-IN | 04/10/23 | 36,454.13 |
| CLAAI01 | Classic Air Charters | 04/14/23 | 0041423-PP | 04/14/23 | (500,000.00) |
| CLAAI01 | Classic Air Charters | 04/17/23 | 1111999-IN | 04/17/23 | 607,000.00 |
| CLAAI01 | Classic Air Charters | 04/18/23 | 1112034-IN | 04/18/23 | 959,252.00 |
| CLAAI01 | Classic Air Charters | 04/21/23 | 0042123-PP | 04/21/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112084-IN | 04/24/23 | 397,565.01 |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112085-IN | 04/24/23 | 865,792.76 |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112096-IN | 04/24/23 | 18,946.44 |
| CLAAI01 | Classic Air Charters | 04/24/23 | 1112097-IN | 04/24/23 | 12,481.70 |
| CLAAI01 | Classic Air Charters | 04/25/23 | 1112105-IN | 04/25/23 | 186,927.57 |
| CLAAI01 | Classic Air Charters | 04/28/23 | 0042823-PP | 04/28/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 04/30/23 | 1112171-IN | 04/30/23 | 947,022.25 |
| CLAAI01 | Classic Air Charters | 04/30/23 | 1112195-IN | 04/30/23 | 19,051.11 |
| CLAAI01 | Classic Air Charters | 04/30/23 | 1112196-IN | 04/30/23 | 12,587.91 |
| CLAAI01 | Classic Air Charters | 05/08/23 | 1112243-IN | 05/08/23 | 821,885.88 |
| CLAAI01 | Classic Air Charters | 05/09/23 | 0050923-PP | 05/09/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/12/23 | 0051223-PP | 05/12/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/15/23 | 1112315-IN | 05/15/23 | 846,858.88 |
| CLAAI01 | Classic Air Charters | 05/19/23 | 1112353-IN | 05/19/23 | 123,196.29 |
| CLAAI01 | Classic Air Charters | 05/22/23 | 0052223-PP | 05/22/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/22/23 | 1112357-IN | 05/22/23 | 635,053.00 |
| CLAAI01 | Classic Air Charters | 05/22/23 | 1112358-IN | 05/22/23 | 734,053.00 |
| CLAAI01 | Classic Air Charters | 05/26/23 | 0052623-PP | 05/26/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 05/30/23 | 1112401-IN | 05/30/23 | 890,352.76 |
| CLAAI01 | Classic Air Charters | 06/01/23 | 1112517-IN | 06/01/23 | 19,156.36 |
| CLAAI01 | Classic Air Charters | 06/01/23 | 1112518-IN | 06/01/23 | 12,695.04 |

**AEROTECH MIAMI INC.**
**CASE NO. 23-17503-BKC-RAM**
**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

## Accounts Receivable Balance: Classic Air Charter

| Customer Code | Customer | Invoice Date | Invoice Number | Invoice Due Date | Balance |
|---|---|---|---|---|---|
| CLAAI01 | Classic Air Charters | 06/05/23 | 0060523-PP | 06/05/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 06/05/23 | 1112563-IN | 06/05/23 | 779,078.88 |
| CLAAI01 | Classic Air Charters | 06/09/23 | 0060923-PP | 06/09/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 06/09/23 | 1112606-CM | | (550.00) |
| CLAAI01 | Classic Air Charters | 06/09/23 | 1112607-CM | | (4,047.40) |
| CLAAI01 | Classic Air Charters | 06/12/23 | 1112648-IN | 06/12/23 | 768,466.63 |
| CLAAI01 | Classic Air Charters | 06/19/23 | 1112705-IN | 06/19/23 | 779,307.76 |
| CLAAI01 | Classic Air Charters | 06/19/23 | 1112708-IN | 06/19/23 | 41,921.23 |
| CLAAI01 | Classic Air Charters | 06/21/23 | 1112721-CM | | (57.76) |
| CLAAI01 | Classic Air Charters | 06/21/23 | 1112722-CM | | (26.86) |
| CLAAI01 | Classic Air Charters | 06/22/23 | 0062223-PP | 06/22/23 | (1,000,000.00) |
| CLAAI01 | Classic Air Charters | 06/22/23 | 1112731-IN | 06/22/23 | 191,990.64 |
| CLAAI01 | Classic Air Charters | 06/26/23 | 1112753-IN | 06/26/23 | 1,457,124.28 |
| CLAAI01 | Classic Air Charters | 06/26/23 | 1112754-IN | 06/26/23 | 832,656.00 |
| CLAAI01 | Classic Air Charters | 06/26/23 | 1112755-IN | 06/26/23 | 334,883.72 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112766-CM | | 334,883.72 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112767-IN | 06/28/23 | 2,058,139.52 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112776-DM | 06/28/23 | 334,883.72 |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112777-CM | | (334,883.72) |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112779-CM | | (334,883.72) |
| CLAAI01 | Classic Air Charters | 06/28/23 | 1112780-CM | | (334,883.72) |
| CLAAI01 | Classic Air Charters | 06/30/23 | 1112833-CM | | (2,058,139.52) |
| CLAAI01 | Classic Air Charters | 07/03/23 | 1112808-IN | 07/03/23 | 1,445,162.29 |
| CLAAI01 | Classic Air Charters | 07/03/23 | 1112809-IN | 07/03/23 | 839,654.01 |
| CLAAI01 | Classic Air Charters | 07/31/23 | 1113057-IN | 07/31/23 | 99,524.96 |
| CLAAI01 | Classic Air Charters | 08/28/23 | 1113248-IN | 08/28/23 | 18,185.91 |
| CLAAI01 | Classic Air Charters | 09/19/23 | 1113379-IN | 09/19/23 | 8,400.42 |
| CLAAI01 | Classic Air Charters | 09/26/23 | 1113434-IN | 09/26/23 | 128,481.07 |
| CLAAI01 | Classic Air Charters | 10/19/23 | 1113659-IN | 10/19/23 | 9,151.70 |

**$18,145,182.13**